**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIN ANGELO, NICHOLAS ANGELO, AND CYNTHIA WILSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, CELTIC INSURANCE COMPANY, SUPERIOR HEALTHPLAN, INC., and CENTENE COMPANY OF TEXAS, L.P.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-00484-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ANDRES C. PEREIRA IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS**
**REPRESENTATIVES AND CLASS COUNSEL**

I, Andres C. Pereira, declare:

1.      I am the managing partner of the Andres Pereira Law Firm, P.C. and one of the counsel in this action for Plaintiffs Erin Angelo, Nicholas Angelo, and Cynthia Wilson. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. The matters stated herein are true based on my own knowledge and, if called to testify thereto, I could and would competently do so.

2.      I am the attorney at Andres Pereira Law Firm principally responsible for litigating this case on behalf of the plaintiffs. I have worked diligently on this litigation for the benefit of the plaintiffs and the members of the class sought to be certified. My firm has worked closely with attorneys of Cera LLP, Watts Guerra, LLP, and Mark Ravis & Associates in representing the plaintiffs and the interests of the class.

3.      With regard to Item 6 of Appendix A to Local Rule CV-23, as of this filing, there are no other pending actions in any court against defendants Centene Management Company, LLC, Celtic Insurance Company, Centene Company of Texas, LP, and Superior HealthPlan, Inc., collectively. There are pending cases with similar allegations filed in other states that include one or more of the defendants in this action as follows:

    a.    In the Southern District of Ohio, *Duff et al. v. Centene Corporation et al.*, No. 1:19-cv-00750-DRC (S.D. Ohio) there is a class action against: (1) Centene Corporation; (2) Centene Management Company, LLC: and (3) Buckeye Community Health Plan, Inc. d/b/a Buckeye Health Plan. *Duff* is brought on behalf of all persons in the state of Ohio who were insured by Defendants' Ambetter insurance product, which was purchased through the Marketplace from September 9, 2015 to present, alleging that defendants' provider networks are inadequate and misleading.

    b.    In the Northern District of Illinois, *Havrilla et al. v. Centene Corporation et al.*, No. 1:22-cv-04126 (N.D. Ill.) there is a class action against: (1) Centene Corporation; (2) Centene Management Company, LLC: and (3) Celtic Insurance

1

Company. *Havrilla* alleges that Defendants and numerous subsidiaries of Centene Corp. have since 2013 operated as an unlawful enterprise under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), selling fraudulent health-insurance policies under the brand name "Ambetter" to millions of consumers across 26 states, including Texas. Plaintiffs allege they have been overcharged by hundreds of millions of dollars a year because the plans do not provide the benefits that are represented to consumers and fail to satisfy the minimum requirements imposed by the ACA and other federal and state laws and regulations.

4.      Attorneys for the named plaintiffs herein have discussed and thoroughly explained to them the nature of a class action and potential advantages and disadvantages by proceeding in a class action rather than individually.

5.      A notice of the pendency of this class action can be sent directly to members of the class by mail and e-mail using Centene's records and by publication to those who are no longer Centene policyholders. Plaintiffs' counsel will fund the cost of providing notice.

6.      There have been no settlement negotiations to date, neither on a class-wide or individual basis. The named plaintiffs will not settle on an individual basis before the Court's ruling on this class certification motion.

7.      Attached hereto as Exhibit A is a true and correct copy of the redacted version of the expert report of Simon F. Haeder, Ph.D.

8.      Attached hereto as Exhibit B is a true and correct copy of Centene's 10-K report for year 2021.

9.      Attached hereto as Exhibit C is a true and correct copy of Affidavit of Plaintiff Cynthia Wilson.

10.      Attached hereto as Exhibit D is a true and correct copy of Affidavit of Plaintiff Erin Angelo.

2

11.     Attached hereto as Exhibit E is a true and correct copy of Affidavit of Plaintiff Nicholas Angelo.

12.     Attached hereto as Exhibit F is a true and correct copy of excerpts of the deposition testimony of Michael Diel.

13.     Attached hereto as Exhibit G is a true and correct copy of SW030835 produced by the defendants.

14.     Attached hereto as Exhibit H is a true and correct copy of SW029743 produced by the defendants.

15.     Attached hereto as Exhibit I is a true and correct copy of excerpts of Ambetter insurance policies.

16.     Attached hereto as Exhibit J is a true and correct copy of excerpts of the deposition testimony of Kenneth James.

17.     Attached hereto as Exhibit K is a true and correct copy of the firm resume of Cera LLP.

18.     Attached hereto as Exhibit L is a true and correct copy of the firm resume of Watts Guerra, LLP.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of October 2022 at Austin, Texas.


_/s/Andres C. Pereira_
Andres C. Pereira

3