Exhibit 3

**IN THE UNITED DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ERIN ANGELO, NICHOLAS ANGELO, AND CYNTHIA WILSON, on behalf of themselves and all others similarly situated, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:20-cv-00484 |
| | ) | |
| v. | ) ) ) | DECLARATION OF MICHAEL DIEL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| CENTENE MANAGEMENT COMPANY, LLC, CELTIC INSURANCE COMPANY, SUPERIOR HEALTHPLAN, INC., and CENTENE COMPANY OF TEXAS, L.P., | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

I, Michael Diel, hereby testify and declare as follows:

1. I am the Senior Vice President of Network Development and Contracting for Superior HealthPlan, Inc. ("Superior"). I have been in this role since 2010. I oversee Superior's Network Development team, which is responsible for recruiting healthcare providers to Superior's Ambetter provider network to ensure that the network satisfies state and federal network adequacy requirements. I also supervise Superior's Contracting team which is responsible for executing and processing our contracts with providers. Through my employment, I have gained personal knowledge of the information contained herein.

2. Superior's Ambetter network is comprised of thousands of doctors and other providers across a wide variety of specialties. The size of the network changes frequently as the number of Ambetter members changes, and as providers enter and exit the network. My team works diligently to ensure that these changes do not impact customers' access to care.

3. Superior does not advertise that its network contains a particular number of

providers. Since I have worked at Superior, Superior has never advertised the number of providers in its Ambetter network. Instead, the Ambetter online Provider Guide specifically states that the "providers in-network may change."

4.      Superior maintains an online Provider Guide that is updated daily to reflect changes in the network, as providers enter and exit the network. Superior also asks users of the online Provider Guide to report any errors they see, via a link on each provider listing, so errors can be resolved. As a result of the work that goes into maintaining the provider database, Superior's online Provider Guide is up-to-date. Whenever we discover errors in the database, we work to promptly fix the errors. Errors in the database sometimes stem from providers retiring or moving without notifying us, and sometimes could be a result of a data entry error on our part.

5.      If a member incurs out-of-pocket costs as a result of an error in the directory that was Superior's fault, Superior works to make the member whole by working with the provider to cover the cost of the care or by reimbursing the member for their out-of-pocket costs. This has been Superior's policy throughout 2014 to present.

6.      Superior works hard to resolve member phone calls and complaints regarding the provider directory and getting covered care. We encourage members to call if they have any difficulty finding a provider or getting covered care; we have a call center team ready to help members. A member can also complain to the Department of Insurance, which has staff that work to fulfill a central role of that agency, which is to ensure that insureds are receiving benefits in accordance with the contract and statute/regulation. In almost every case, this system of getting members help with receiving covered care results in an efficient resolution to the issue.

7.      I understand that Plaintiffs allege that they were harmed as a result of inaccuracies in the provider directory. Superior is unaware of any unresolved out-of-network costs associated

2

with these complaints.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _12/14/22_

_____
Michael Diel