# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Cynthia Wilson, Nicholas Angelo, Erin Angelo § § § | CIVIL NO: AU:20-CV-00484-RP |
| vs. § § § | |
| Centene Management Company, LLC, Celtic Insurance Company, Superior HealthPlan, Inc., Centene Company of Texas, L.P. | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Tuesday, January 17, 2023 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 12th day of January, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE