**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| ERIN ANGELO, NICHOLAS ANGELO, AND CYNTHIA WILSON, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:20-cv-00484-RP |
| v. | ) ) | |
| CENTENE MANAGEMENT COMPANY, LLC, CELTIC INSURANCE COMPANY, SUPERIOR HEALTHPLAN, INC., and CENTENE COMPANY OF TEXAS, L.P., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**REBUTTAL EXPERT REPORT OF SIMON F. HAEDER, PhD, MPA**

December 30, 2022

# Table of Contents

*Introduction* ........................................................................................................................*3*

    **Qualifications** ................................................................................................................ 3

    **Assignment** ................................................................................................................... 3

    **Summary of Findings from Initial Report** ................................................................ 4

    **Summary of Opinions of Rebuttal Report** .............................................................. 5

*Response to: Dr. Haeder Is Wrong in Alleging that Superior Made a "Misrepresentation" to Its ACA Customers Regarding the Number of Providers in its ACA Provider Network.* ...................*6*

    *Response to:* **No "Representation" Regarding the Number of Providers in the Network on the Health Insurance Marketplace.** ...................................................................................... 6

    *Response to:* **No "Representation" Regarding the Number of Providers in the Network by Superior in its ACA Plan Documents or Contracts.** .......................................................................14

    *Response to:* **No "Representation" Regarding the Number of "Active" Providers in the Network by Superior.** .......................................................................................................................21

*Response to: Dr. Haeder Is Wrong in Alleging that 49% of Superior's ACA Providers Are Not "Actually In-Network."* ..........................................................................................................*29*

    *Response to:* **Implementation of Dr. Haeder's Methodology Would Violate State and Federal Regulations Related to Provider Directories.** ...................................................................32

    *Response to:* **Dr. Haeder's Methodology Ignores the Effect of Superior's ACA Expansion into New Counties During Relevant Years.** ...............................................................................33

    *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes the Vast Majority of Dental and Vision Providers as Not In-Network.** .....................................................................36

    *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes All Individual Providers Billing Under Their Group NPI as Not In-Network.** ............................................................38

    *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes All Providers Billing Under a Supervising Physician's NPI as Not In-Network.** ..............................................................40

    *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes Providers Who Bill Claims in Other Years as Not In-Network.** ....................................................................................42

    *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes Providers Contracted by Superior as Not In-Network.** ..........................................................................................43

*Response to: Dr. Haeder's Methodology Misapplies the Economic Literature in Calculating Damages.* .......................................................................................................................*44*

*Response to: Superior's Complaint Log Shows that Very Few Superior ACA Customers Had Issues Finding In-Network Healthcare Services* ....................................................................*52*

*Conclusion* ......................................................................................................................*62*

*References* .......................................................................................................................*64*

# Introduction

## Qualifications

My name is Simon F. Haeder, PhD, MPA. I submitted an initial expert report in this matter.[1] In that report, I described my qualifications. A copy of my updated curriculum vitae is attached as Appendix A to this Report and contains a list of all publications I have authored. I added various publications to my curriculum vitae since my Initial Report of September 30, 2022. Also, since my initial report, I have also been appointed as an Associate Editor at *Health Affairs Scholar*. I am being paid $300 per hour for my services in this case. My compensation is not dependent on the outcome of this matter.

## Assignment

I have been asked by Counsel for the Plaintiffs to evaluate and respond to the various criticisms of my analysis made by the Defendants' expert, Mr. Hoyt.[2] I have also been asked to make any changes or refinements to my expert opinions as necessary in light of these criticisms and in light of the additional information included in Defendant's opposition filings.

In conducting my analysis, I have reviewed a substantial amount of information including published articles, websites, publicly available data, and data and documents provided by Superior HealthPlan. I included a list of materials that I considered in forming my initial opinions in this case with my Initial Report. My opinions are based on the information available to me as of the date of this Report, as well as my own training and experience. My work on this matter is ongoing.

---

[1] Haeder, S. F. (2022, September 30). *Expert Report of Simon F. Haeder, PhD, MPA*.
[2] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.*

I reserve the right to update, refine, or revise my opinions, or form additional opinions, including in response to Defendants' expert(s) and any additional information I may receive.

**Summary of Findings from Initial Report**

My earlier expert report illustrated the role provider networks play for consumers making choices about insurance plans as well as accessing health care, assessed which percentage of providers listed in Centene's provider network directory are actually in-network using a methodology from the health services literature, and assessed the reduction in value to consumers due to misrepresentations of provider networks to consumers.

I concluded that:

1. The Centene provider network lists for its Ambetter policy published on the ACA Marketplace in Texas are the same ones used by all policyholders in the State of Texas. That is, there is only one network list provided to all Ambetter Policyholders no matter where they live in the State of Texas.

2. On a monthly basis, the Centene provider network directory published for Ambetter Policyholders contains on average 49% practitioners who are not active network participants. The monthly averages range from 39% and 68%. That is, a large number of providers listed in Centene's provider directory are not actively providing medical care to Texas Ambetter consumers.

3. A portion of every Ambetter policyholders' premium represents payment for availability of the providers published as the Ambetter provider network. To the extent that published list is inaccurate, each policyholder has been overcharged for their premium.

4. The health economics literature has established a relationship between network size and overall premium. That is, the value of the benefit is proportional to the premium and it

has been determined that every 1% change in network size is associate with a 0.29% change in policy premium.

5. The foregoing network inaccuracies translate to a gross premium overcharge paid by Class members calculated to be $1,234,896,342.

**Summary of Opinions of Rebuttal Report**

The criticisms put forth by Mr. Hoyt are flawed and misleading, generally unsubstantiated by scientific evidence, and do not, with one exception, lead me to change my expert opinions in this case. Superior HealthPlan presented consumers with substantially inaccurate provider directories. As result, consumers purchased a product that had a lower value than what they paid for. The academic literature has shown that consumers assign substantial monetary value to broader networks over narrower networks. Based on the assessment presented in this report, I estimate that that for the period of analysis the damages to Superior HealthPlan's consumers range from $204,080,048 to $1,201,804,708.

This rebuttal report responds to several issues raised in Mr. Hoyt's report, but is not intended to be a comprehensive response to his opinions. I may supplement my opinions based on Mr. Hoyt's deposition testimony as well as any additional information that becomes available. In that regard, I will continue to review the record, including evidence developed since the date of my initial report, prior to my testimony.

*Response to:* **Dr. Haeder Is Wrong in Alleging that Superior Made a "Misrepresentation" to Its ACA Customers Regarding the Number of Providers in its ACA Provider Network.**

In his response, Mr. Hoyt states that he "reviewed the information that is available to customers on the Health Insurance Marketplace® website, on Superior's website and provider directory, and in various documents that Superior provides to its customers."[3] Mr. Hoyt states that he "found no evidence that Superior makes representations [...] to its customers regarding the number of providers in its provider network (i.e., the "size") – and how many are "active" in seeing Superior's ACA customers in a given calendar year".[4] He then outlines the specific items listed below.

*Response to:* **No "Representation" Regarding the Number of Providers in the Network on the Health Insurance Marketplace.**

In his response, Mr. Hoyt states that "The number of providers in Superior's ACA provider network is not information that is made available to customers on Health Insurance Marketplace® website at www.HealthCare.gov ("HealthCare.gov"), where customers – and prospective customers – shop for ACA health insurance plans based on plan-specific information, including premiums, deductibles, and customer cost share amounts."[5] Mr. Hoyt then includes a screenshot from HealthCare.gov (Exhibit 1 in his report).

Mr. Hoyt further states that "the number of providers in other health insurance companies' ACA provider networks is not made available to customers on HealthCare.gov. Instead, it appears that

---

[3] Id. Paragraph 15
[4] Id. Paragraph 16
[5] Id. Paragraph 17

6

companies offering ACA insurance in Texas use standard language to describe their provider networks."[6] Mr. Hoyt then includes a screenshot from HealthCare.gov (Exhibit 2 in his report). Mr. Hoyt further states that his "demonstrates that the number of providers in the network is not made available for any ACA offering in Texas. Thus, logically it could not be a factor that causes customers to select a certain ACA insurance plan or to pay higher premiums. Based on this, I conclude that Dr. Haeder's methodology is unreliable in that it leads him to conclude that customers paid more based on information that they do not have."[7]

Based on my review of the information presented on HealthCare.gov, the federal governments Marketplace for Affordable Care Act plans, I disagree with Mr. Hoyt.

The federal government's Marketplace for Affordable Care Act plans, HealthCare.gov, presents consumers seeking to enroll in ACA plans with an overview of their choices as well as an opportunity to enroll into a plan of their choice. Mr. Hoyt presented only an unrealistically truncated portion of the enrollment experience in his report including some of the information presented to consumers (see Exhibit 1 in the Hoyt Report). However, I note that the information presented to consumers includes an option to "Add medical providers." This allows consumers to add specific medical providers to their search criteria. It is beneficial for Superior HealthPlan to include as many providers as possible in their network listing (even if they are not part of their actual network) because it increases the probability that consumers searching for plans will be able to identify specific medical providers as part of the plan (and thus enroll).

---

[6] Id. Paragraph 19
[7] Id. Paragraph 21

**Exhibit 1: HealthCare.gov Plan Listing for Ambetter from Superior HealthPlan**

*Figure 1: Health Plan Listing from HealthCare.gov for Superior HealthPlan*

Moreover, the report presented by Mr. Hoyt also includes Exhibit 3, which presents the information consumers on HealthCare.gov see when in the initial stages of seeking to enroll into a plan.

**Exhibit 3: HealthCare.gov "Access to Doctors and Hospitals" for Ambetter from Superior HealthPlan**



*Figure 2: Access to Doctors and Hospitals Feature from HealthCare.gov*

Specifically, the exhibit presents the information presented to consumers under the "Access to doctors and hospitals" section. [8] Importantly, the section contains a link (which Mr. Hoyt appears to overlook and certainly does not acknowledge) next to the listing for "Provider directory" labeled "View." The hyperlink leads consumers <u>directly</u> to Superior HealthPlan's "Find Care" feature.[9] This feature allows consumers to search the networks offered by Superior HealthPlan based on various filters including the name of the provider, the specialty of the provider, the NPI of the provider, and medical procedures. It also requires consumers to put in a specific search location either by city, county, or zip code. This feature lists the exact number of providers included in Superior HealthPlan's network. Importantly, it allows consumers to see what the number of

---

[8] See for example https://www.healthcare.gov/see-plans/#/plan/results/29418TX0140026/details(last visited December 30, 2022).
[9] See https://guide.ambetterhealth.com/(last visited December 30, 2022).

providers is in various radii from their home or work location and reflection of the preferences of consumers.[10] I provide further details on this feature below.

Moreover, the same section that contains Exhibit 3 from Mr. Hoyt's report (i.e. the "Access to doctors and hospitals" section) also contains an additional section referred to as "Plan documents."



*Figure 3: Except from "Plan documents" Section on HealthCare.gov*

The section contains links to a "Provider Directory"[11] and the "Summary of Benefits"[12]. When clicking on the former, consumers are <u>directly</u> taken to Superior HealthPlan's "Find Care" feature (which was already briefly described above and will be described in more detail below).[13] Clicking on the latter takes consumers to the plan's "Summary of benefits and coverages" (which also contains a link to the "Find Care" feature).

Additionally, a number of documents on the HealthCare.gov website specifically focus on educating consumers on provider networks and encourage them to review the networks plans offer. For example, the publication "What You Should Know About Provider Networks,"[14] published by HealthCare.gov and the Centers for Medicare & Medicaid Services (CMS) states: "Insurance

---

[10] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[11] The link indicates that this is a PDF document. However, it seems that this is incorrect. As described in the body of the text, clicking on the link takes consumers directly to Superior HealthPlan's "Find Care" feature.

[12] See for example https://api.centene.com/SBC/2023/29418TX0140102-01.pdf(last visited December 30, 2022).

[13] See https://guide.ambetterhealth.com/(last visited December 30, 2022).

[14] See https://marketplace.cms.gov/outreach-and-education/what-you-should-know-provider-networks.pdf(last visited December 30, 2022).

companies may have different networks for different plans, so make sure you're searching the provider network of each specific plan you compare." It also notes that "you can search for your doctors and health care facilities" in the "Before you apply" section. It also states that "[e]ach plan description includes a link to its provider directory" and that consumers "can find a link to a list of providers in each plans' network in the plan description in your Marketplace account. You can also contact your health insurance company to see which doctors, hospitals, and other health care providers are in your plans' network."

Moreover, the HealthCare.gov "Using your health insurance coverage" page[15] encourages consumers to "visit your health plan's website and check their provider directory, which is a list of the doctors, hospitals, and other health care providers that your plan contracts with to provide care." It also encourages consumers to "see your health plan's provider directory. You can get this by contacting your plan, visiting the plan's website, or using a link that you'll find on the plan description in your Marketplace account."

Lastly, HealthCare.gov's "Finding a provider" page[16] tells consumers to "Look at their website or check your member handbook to find providers in your network who take your health coverage." Certified partners of HealthCare.gov that seek to improve the enrollment experience for consumers when they enroll into ACA coverage like HealthSherpa[17] provide the same (as well as often additional) information to consumers. This indicates that consumers, at the very least, have access to this information (and often more) no matter what enrollment platform they employ. Reviewing the enrollment function on Superior HealthPlan's website, it seems that Superior HealthPlan is

---

[15] See https://www.healthcare.gov/using-marketplace-coverage/getting-medical-care/(last visited December 30, 2022).

[16] See https://www.healthcare.gov/blog/finding-a-provider/(last visited December 30, 2022).

[17] These organizations enroll a substantial number of consumers. For example, HealthSherpa enrolled almost 3.5 million consumers for Plan Year 2022. HealthSherpa notes that Texas is one of their "Top States." See https://blog.healthsherpa.com/healthsherpa-enrolls-more-than-3-million-people-through-january-15th-most-pay-less-than-21-month/(last visited December 30, 2022).

11

utilizing analogous presentation to that visible to consumers via HealthSherpa. Consumers are presented with links to their "Find Care" feature as well as the plan's "Summary of benefits and coverages" (which also links to the "Find Care" feature).



*Figure 4: Health Plan Information from HealthSherpa for Superior HealthPlan*

Lastly, I cannot agree with Mr. Hoyt's statement that "[i]t makes sense to me that information regarding the number of providers in an ACA provider network is not made available to customers, because the economic literature show that, in general, customers purchase ACA insurance based on premiums, deductibles, and copays—not based on the overall number of providers in the network in the state." [18] As I have shown extensively here, consumers do have access to

---

[18] Paragraph 27

information about the number of providers in networks and they can adjust this information for any given area of the state. Moreover, it is worth noting that the study Mr. Hoyt cites[19] is limited by the availability of answer choices; for example, it asks respondents about their most important factor in choosing health plans. Importantly, it did not specifically ask whether network size factors into choices beyond their understandable focus on cost. Even then, 1 in 3 saw providers as their most important choice factor and 1 in 3 individuals switching plans did so "for more of the doctors and hospitals they want." I also add that another study found that 71 percent of consumers are focused on which providers are included in their network.[20]

Moreover, the extensive research on health literacy and health insurance literacy points towards many challenges for Americans when navigating health insurance and the U.S. healthcare system. Given the complexity of the U.S. healthcare system, it is not surprising that overall health literacy is relatively low (I will provide more details about this issue later in this report).[21] As a result, I cannot agree with Mr. Hoyt's statement that "it is well known that provider networks change frequently as providers retire and new providers join the network."[22] Indeed, Mr. Hoyt provides no evidence whatsoever that consumers are aware of that provider networks may change over a consumer's enrollment period it nor does he provide evidence that consumers are aware that the size of networks over a consumer's enrollment period may change.

---

[19] Gunja, M. Z., Collins, S. R., Doty, M. M., & Beutel, S. (2016). *Americans' Experiences with ACA Marketplace Coverage: Affordability and Provider Network Satisfaction*. Commonwealth Fund.
[20] Liazon. (2014). *Medical Plan Preferences in an Environment of Choice*. Premier Benefit Plans, Inc.
[21] Long, S. K., & Goin, D. (2014). *Large Racial and Ethnic Differences in Health Insurance Literacy Signal Need for Targeted Education And Outreach*. Urban Institute.
[22] Paragraph 27

***Response to:*** **No "Representation" Regarding the Number of Providers in the Network by Superior in its ACA Plan Documents or Contracts.**

In his report, Mr. Hoyt states that "[t]he number of providers in Superior's ACA provider network also is not information that Superior makes available to customers in its plan documents, including its Evidence of Coverage documents ("EOC" or "insurance contract"), ***its website***, or its online provider directory."[23] Mr. Hoyt concludes that "Superior does not make a representation regarding the number of providers in its ACA provider network." (Emphasis added).[24]

Based on my review of Superior HealthPlan documents and its website, I disagree with Mr. Hoyt. First, Superior HealthPlan's "Just the Facts" page[25] on its website contains a section literally titled "How Many Providers And Specialists Are In The Superior Network?"

*Figure 5: Excerpt from Superior HealthPlan's "Just the Facts" Webpage*

This is a clear representation by Superior HealthPlan that they claim to have "more than 90,000 providers across all 254 Texas counties." Mr. Hoyt's primary contention that Superior HealthPlan never represents the total number of providers in its Texas network is demonstrably false.

---

[23] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.*  Paragraph 28.
[24] Id. Paragraph 28.
[25] See https://www.superiorhealthplan.com/about-us/just-the-facts.html (last visited December 30, 2022).

Moreover, Superior HealthPlan prominently features a "Find doctors, specialists and hospitals near you" button on its landing page.[26]



*Figure 6: Landing Page for Superior HealthPlan*

Clicking the button sends consumers to Superior HealthPlan's "Find Care" feature.[27] As briefly described above, this feature allows consumers to search the networks offered by Superior HealthPlan based on various filters including the name of the provider, the specialty of the provider, the NPI of the provider, and medical procedures. It also requires consumers to put in a specific search location either by city, county, or zip code. An example for "Primary Care Provider" in "Austin, TX, USA" is included below.

---

[26] See https://ambetter.superiorHealthPlan.com/#/(last visited December 30, 2022).
[27] See https://guide.ambetterhealth.com/(last visited December 30, 2022).



*Figure 7: "Find Care" Feature on Superior HealthPlan Webpage*

Any search will not only return a list with information such as the phone number and address of the providers in the respective network, but it will also return the number of providers available to consumers within various search radii (i.e. the number of providers in the network itself, in the example below 75 but depends on choice of location and providers).



*Figure 8: Results for "Find Care" Function on Superior HealthPlan Webpage*

Importantly, consumers are able to expand the range of the search, providing them an overview of network size over a substantial geographic area.

Second, various Superior HealthPlan documents I reviewed specifically provide consumers with information about the number of providers in their network. The documents include the Evidence of Coverage documents ("EOC" or "insurance contract") Mr. Hoyt specifically refers to. [28] The

---

[28] Paragraph 28.

document in questions specifically guides consumers to the Superior HealthPlan website under its

"Your Provider Directory" section.

**Your Provider Directory**
A listing of *network providers* is available online at Ambetter.SuperiorHealthPlan.com. *We* have plan

87226TX004-2017-2                                                                                           6

**Customer Service Department:** 877-687-1196
**Log on to:** Ambetter.SuperiorHealthPlan.com

*physicians, hospitals,* and other *providers* who have agreed to provide *you* with *your* healthcare services. You may find any of our *network providers* on *our* website. There *you* will have the ability to narrow *your* search by provider specialty, zip code, gender, whether or not they are currently accepting new patients, and languages spoken. *Your* search will produce a list of providers based on *your* search criteria and will give *you* other information such as address, phone number, office hours, and qualifications.

At any time, you can contact Customer Service to request a provider directory, or for assistance in finding a provider.

The web address provided sends consumers to the landing page that prominently features a "Find doctors, specialists and hospitals near you" button described above. The same holds true for the "Summary of Benefits and Coverage" document[29] which also encourages consumers to "Find a Provider" which links to the same "Find Care" feature.[30]

| Will you pay less if you use a network provider? | Yes. See Find a Provider or call 1-877-687-1196 for a list of network providers. | This plan uses a provider network. You will pay less if you use a provider in the plan's network. You will pay the most if you use an out-of-network provider, and you might receive a bill from a provider for the difference between the provider's charge and what your plan pays (balance-billing). Be aware, your network provider might use an out-of-network provider for some services (such as lab work). Check with your provider before you get services. |

*Figure 9: Excerpt from Superior HealthPlan "Summary of Benefits and Coverage" Document*

---

[29] For an example see https://api.centene.com/SBC/2019/29418TX0140026-02.pdf
[30] See https://guide.ambetterhealth.com/

Moreover, "brochures" for health plans specifically encourage consumers to "visit our website at Ambetter.SuperiorHealthPlan.com and select 'Find a Provider' in the main menu [and note that p]roviders listed in the Ambetter from Superior HealthPlan online directory are in-network."[31] The same document also notes that "Out-of-Network" services (except emergency services) are "not covered" while "In-Network Providers Only" are covered at "No charge."

**Covered benefits are for In-network providers only.**
To find our most up to date list of in-network providers, please visit our website at Ambetter.SuperiorHealthPlan.com and select "Find a Provider" in the main menu. Providers listed in the Ambetter from Superior HealthPlan online directory are in-network.

*Figure 10: Excerpt from Superior HealthPlan Brochure*

Similarly, Superior HealthPlan's "Member Handbook"[32] makes analogous references:

## Finding The Right Care

We're proud to offer you quality care. Our local provider network is the group of doctors, hospitals and other healthcare providers who have agreed to provide you with your healthcare services.

To search our online Provider Directory, visit Ambetter.SuperiorHealth Plan.com/findadoc and use our **Find a Provider** tool. This tool will have the most up-to-date information about our provider network, including information such as name, address, telephone numbers, hours of operation, professional qualifications, specialty, and board certification. It can help you find a primary care provider (PCP), pharmacy, lab, hospital or specialist. You can narrow your search by:

- Provider specialty
- ZIP code
- Gender
- Languages spoken
- Whether or not they are currently accepting new patients

For more information about a provider's medical school and residency, call Member Services.

A Provider Directory is a listing of providers near you. If you would like a printed copy of this listing, please call Member Services at 1-877-687-1196 (Relay Texas/ TTY 1-800-735-2989).

*Figure 11: Excerpt from Superior HealthPlan's "Member Handbook"*

---

[31] For an example see https://api.centene.com/Brochures/2019/29418TX0140026-02.pdf(last visited December 30, 2022).

[32] For an example see https://ambetter.superiorHealthPlan.com/content/dam/centene/Superior/Ambetter/PDFs/CEN-16082-MemberHandbook-2020-TX_v3.pdf(last visited December 30, 2022).

As does its "Quick Reference Guide"[33]

To search our online *Provider Directory*, visit guide.ambetterhealth.com and use our **Ambetter Guide- the new Ambetter Health provider search tool.** This guide will have the most up-to-date information about our provider network, including information such as name, address, telephone numbers, hours of operation, professional qualifications, specialty, medical school attended, residency completion, and board certification. It can help you find a primary care provider (PCP), pharmacy, lab, hospital or specialist. You can narrow your search by:

- Provider specialty
- ZIP code
- Gender
- Languages spoken
- Whether or not they are currently accepting new patients

A *Provider Directory* is a listing of providers. If you would like a printed copy of this listing at no cost to you, please call Member Services at 1-877-687-1196 (Relay Texas/TTY 1-800-735-2989).

**In-Network or Network Provider** means a physician or provider who is identified in the most current list for the network shown on your member ID.

*Figure 12: Excerpt from Superior HealthPlan's "Quick Reference Guide"*

Additionally, the "Need Help?" section[34] of Superior HealthPlan's website also encourages consumers to explore their network through the website's "Find a Doctor tool"

What Are In-Network Providers?  ⊖

An in-network provider is a doctor or facility that's part of your Ambetter health insurance plan. They have a contract with your health insurance company for their services at a set cost. When you visit an in-network provider, the cost is less than visiting an out-of-network provider. You can search for and select Ambetter in-network doctors, facilities and pharmacies through our Find a Doctor tool.

*Figure 13: Excerpt from Superior HealthPlan's "Need Help?" Webpage*

Superior HealthPlan also advertises the feature in its "News" section to help consumers "Find[…] a Provider in the Ambetter Network."[35]

---

[33] For example see https://ambetter.superiorHealthPlan.com/content/dam/centene/Superior/Ambetter/PDFs/CEN-QRG-2023-TX-CORE.pdf(last visited December 30, 2022).

[34] See https://ambetter.coordinatedcarehealth.com/need-help/help-center html(last visited December 30, 2022).

[35] For example see https://ambetter.superiorHealthPlan.com/resources/member-news/finding-a-provider-in-the-ambetter-network.html(last visited December 30, 2022).

Use Ambetter's Find a Provider tool to search the full list of providers available in the Ambetter network. It includes details like provider specialties, providers accepting new patients, languages spoken, office hours, contact information and directions to the provider's location.

*Figure 14: Excerpt from Superior HealthPlan's "News" Webpage*

Lastly, the Evidence of Coverage documents ("EOC" or "insurance contract") also encourages consumers to "contact Customer Service to request a provider directory," i.e. a printed version of the provider directory.[36] The same holds for Superior HealthPlan's "Member Handbook"[37] as well as the website's "Member Resources" section.[38]

A Provider Directory is a listing of providers near you. If you would like a printed copy of this listing, please call Member Services at 1-877-687-1196 (Relay Texas/ TTY 1-800-735-2989).

*Figure 15: Excerpt from Superior HealthPlan's Evidence of Coverage Documents*



Figure 16: Excerpt from Superior HealthPlan's "Member Resources" Webpage

Superior HealthPlan also advertises the feature in its "News" section to help consumers "Find[…] a Provider in the Ambetter Network."[39] It is also mentioned in its "Quick Reference Guide."[40]

---

[36] See https://ambetter.superiorHealthPlan.com/content/dam/centene/Superior/Ambetter/PDFs/87226TX0042017.pdf(last visited December 30, 2022).

[37] For an example see https://ambetter.superiorHealthPlan.com/content/dam/centene/Superior/Ambetter/PDFs/CEN-16082-MemberHandbook-2020-TX_v3.pdf(last visited December 30, 2022).

[38] See https://ambetter.superiorHealthPlan.com/resources/handbooks-forms html

[39] For example see https://ambetter.superiorHealthPlan.com/resources/member-news/finding-a-provider-in-the-ambetter-network.html(last visited December 30, 2022).

[40] For example see https://ambetter.superiorHealthPlan.com/content/dam/centene/Superior/Ambetter/PDFs/CEN-QRG-2023-TX-CORE.pdf(last visited December 30, 2022).

You can also contact Ambetter Member Services through the Online Member Portal, by email at
SHPMSCONTACTUS@CENTENE.COM or by calling 1-877-687-1196 (Relay Texas/TTY 1-800-735-2989) from 8 a.m. to
8 p.m. CT, Monday through Friday. Member Services can help you:

- Find an in-network provider.
- Request a current non-electronic (paper) listing of all Ambetter in-network providers at no cost.

*Figure 17: Excerpt from Superior HealthPlan's "Quick Reference Guide"*

These printed directories contain every single member Superior HealthPlan alleges is in their network. These printed directories again provide consumers with the number of providers in Superior HealthPlan's network.[41] They run hundreds of pages and provide a clear indication of the network size to consumers. Whether the consumer views the network in its entirety, or more narrowly according to geographic area and specialty, they are relying on the accuracy of the network.

*Response to:* **No "Representation" Regarding the Number of "Active" Providers in the Network by Superior.**

In his response, Mr. Hoyt states "that Superior does not make any representation (or misrepresentation) regarding the number of providers in its network, nor does it make any representation (or misrepresentation) regarding the number of providers in its network that "actively" billed a claim in a given calendar year."[42] He also alleges that "it is implausible that a customer would develop any expectations regarding – much less assign a "value" to – the number of providers in Superior's provider network or how "active" those providers are in providing

---

[41] For an example of Superior HealthPlan's printed/pdf provider directory see
https://www.superiorHealthPlan.com/content/dam/centene/Superior/Medicaid/PDFs/SHPD_RSA_South_SOUTH%20REGION%20RSA59-C-S-1216_WEB.pdf(last visited December 30, 2022).
[42] Paragraph 35.

healthcare services in a given year." [43] Mr. Hoyt is also critical of the methodology applied that defines the true extent of a provider network as those providers actively seeing patients as identified by their claim filings. [44]

Based on my review of Superior HealthPlan documents and its website as well as my expertise in health care research, I disagree with Mr. Hoyt.

As I discussed above, consumers shopping for ACA plans, including those sold by Superior HealthPlan, clearly have access to information about the size of the provider network. They do so via HealthCare.gov or any other purchasing venue including Superior HealthPlan's venue. Healthcare.gov also encourage consumers to assess provider networks before making purchasing decisions. Moreover, Superior HealthPlan actively encourages prospective customers to use the "Find Care" function throughout many of its documents. I also established that consumers are facing significant challenges understanding health-related and health-insurance-related information in a highly complex system. This particularly applies to consumers in the ACA marketplaces who, by definition, are likely to be of lower education attainment, may not speak English as their first language, and are not used to navigating the insurance system. This comes as no surprise as "inaccurate participating provider information [to consumers…] impacts their decision making when both choosing a health plan and deciding which provider to go to for services."[45] As a result, "[i]naccurate directory information may limit a consumer's ability to verify if a preferred doctor is in-network or to know how many and what types of providers would have

---

[43] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Paragraph 35.
[44] Id. Paragraph 31.
[45] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

to be accessed under a particular product offering" and "consumers are at risk because they are making decisions based on faulty or incomplete information." [46]

Plans sold on the ACA marketplaces provider directories must provide consumers with a provider directory that is "easily accessible to plan enrollees [and] prospective enrollees." [47] A provider directory is considered "easily accessible" when "the general public is able to view all of the current providers for a plan in a provider directory on the issuer's public website through a clearly identifiable link or tab and without creating or accessing an account or entering a policy number."[48] In addition, "issuers must make their provider directories available to the FFM for publication online." [49]

Health plans "must publish an up-to-date, accurate, and complete provider directory, including information on which providers are accepting new patients, the provider's location, contact information, specialty, medical group, and any institutional affiliations." [50] Moreover, "the general public should be able to easily discern which providers participate in which plans and provider networks." [51] Lastly, HealthCare.gov describes a "provider network" as "a list of the doctors, other health care providers, and hospitals that a plan contracts with to provide medical care to its members."[52]

Given these findings, I think it is more than reasonable to assume that consumers, when being handed a provider directory with their provider network, either virtually or in paper format, consider that they have access to all of the providers listed.

---

[46] Id.
[47] Center for Consumer Information & Insurance Oversight. (2017). *2018 Letter to Issuers in the Federally-facilitated Marketplaces*. Centers for Medicare & Medicaid Services.
[48] Id.
[49] Id.
[50] Id.
[51] Id.
[52] See https://marketplace.cms.gov/outreach-and-education/what-you-should-know-provider-networks.pdf(last visited December 30, 2022).

Problems with provider directory accuracy have been well-documented in the academic literature and are widely acknowledged.[53] How do researchers determine the degree of accuracy of provider directories? A commonly accepted approach to assess provider directory accuracy is to conduct a secret shopper survey. This survey can either include the entire directory or focus on a representative sample. A number of studies have been published using this methodology which established substantial inaccuracies in provider directories.[54,55,56,57,58,59,60,61,62,63]

One of the challenges of secret shopper surveys are that they can only be conducted for the current plan year; that is, secret shopper surveys cannot be utilized to establish the degree of inaccuracy of provider directories in past plan years. The widely accepted and tested approach to overcome these limitations in the health services literature has been to use claims data to establish which

[53] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

[54] Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

[55] Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

[56] Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

[57] Resneck, J. S., Quiggle, A., Liu, M., & Brewster, D. W. (2014). The Accuracy of Dermatology Network Physician Directories Posted by Medicare Advantage Health Plans in an Era of Narrow Networks. *JAMA dermatology*, *150*(12), 1290-1297.

[58] Tipirneni, R., Rhodes, K. V., Hayward, R. A., Lichtenstein, R. L., Choi, H., Reamer, E. N., & Davis, M. M. (2016). Primary Care Appointment Availability and Nonphysician Providers One Year After Medicaid Expansion. *American Journal of Managed Care*, *22*(6), 427-431.

[59]

[60] Malowney, M., Keltz, S., Fischer, D., & Boyd, J. W. (2015). Availability of Outpatient Care From Psychiatrists: A Simulated-Patient Study in Three US Cities. *Psychiatric Services*, *66*(1), 94-96.

[61] Hamlyn, G. S., Hutchins, K. E., Johnston, A. L., Thomas, R. T., Tian, J., & Kamal, A. H. (2016). Accessibility and Barriers to Oncology Appointments at 40 National Cancer Institute–Designated Comprehensive Cancer Centers: Results of a Mystery Shopper Project. *Journal of oncology practice*, *12*(10), e884-e900.

[62] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2016). Secret Shoppers Find Access To Providers And Network Accuracy Lacking For Those In Marketplace And Commercial Plans. *Health Affairs*, *35*(7), 1160-1166. https://doi.org/10.1377/hlthaff.2015.1554

[63] Burman, A., & Haeder, S. F. (2022a). Directory Accuracy and Timely Access to in Maryland's Medicaid Managed Care Program. *Journal of Health Care for the Poor and Underserved 33*(2), 597-611.

providers are actually in a provider network and actively seeing patients.[64,65,66,67,68,69,70,71,72,73] Articles using this methodology have been published by leading academics in leading academic journals. I note that this approach used to determine the realized access of consumer should not be characterized as "mine" as it is in Mr. Hoyt's report and despite the fact that I have contributed to it and utilized it in academic work, but rather reflect the growing scholarly enterprise that is it built upon. The same applies to the references of "Dr. Haeder's methodology" in Mr. Hoyt's report.

---

[64] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[65] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[66] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[67] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[68] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[69] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[70] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[71] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[72] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[73] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

Again, while I have used this approach in past academic work, so have many other excellent scholars. [74,75,76,77,78,79,80,81,82,83]

Indeed, the academic community has come to accept this approach focused on "realized" access.[84]. First, I am not aware of any other methodology to assess provider directory accuracy for past years. Second, the methodology is in line with what scholars perceive to be the "'true'" extent of network.[85] That is, "[d]irectories should also accurately reflect the set of providers who are

---

[74] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[75] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[76] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[77] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[78] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[79] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[80] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[81] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[82] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[83] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[84] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[85] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. Id.In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. (5), 760-768.

available and accessible to patients in a given plan."[86,87] They do so because it is in line with the intent of a plethora of regulatory and statutory actions intended to ensure access to medical providers because "phantom network," i.e. networks with providers who are not actively seeing patients, "may satisfy network adequacy requirements on paper but not in practice."[88] Indeed, "if physicians are listed in networks but provide little or no care for […] beneficiaries, these standards may be ineffective as a measure of true availability and as a tool for ensuring equitable access to medical services for low-income people."[89] As one recent paper in the leading journal Health Affairs put it, "Our findings suggest that relying on the physicians listed in Medicaid managed care network directories to measure access is insufficient."[90] Moreover, it helps guard against insurers who "pad" their provider rosters.[91]

I also remain unconvinced that Superior HealthPlans has large amounts of slack in its network (i.e. a large oversupply of physicians waiting for Superior HealthPlan's beneficiaries to seek care). This is contrary to underlying incentive structure present in the contracting relationship between health plans and providers. Indeed, provider networks serve as a tool to rein in costs (and thus lower premiums) by reducing the number of providers available to consumers and offering the remaining providers lower reimbursements as a trade for higher volume (and thus not utilize its contracting

[86] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. Id.Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. (7), 1013-1022.

[87] See also Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019b). A Knotty Problem: Consumer Access and the Regulation of Provider Networks. *Journal of Health Politics, Policy and Law*, *44*(6), 937-954. https://doi.org/10.1215/03616878-7785835

[88] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[89] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. Id.In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. (5), 760-768.

[90] Id.

[91] Ndumele, C. D., Staiger, B., Ross, J. S., & Schlesinger, M. J. (2018). Network Optimization And The Continuity Of Physicians In Medicaid Managed Care. Id., *37*(6), 929-935.

leverage to reduce provider payments to the fullest extent possible and instead contract with literally thousands of providers who do not see any of their members not even a single one during a given year).[92] The idea that Superior HealthPlan is able to maintain substantial <u>unused</u> capacity in its network is also counterfactual as it runs counter to the massive provider shortages present in the state of Texas that are well documented.[93,94,95,96,97]

Lastly, it is worth reiterating that "[i]naccurate provider directories result in delayed treatment, discontinuities in care, patient frustration, and the inability to obtain necessary care."[98,99,100] Public and private regulators are well aware of the importance of accurate directories and have taken repeated regulatory action to improve accuracy and meaningful access. The intent of these actions is clear. Regulatory bodies want consumers to understand what providers they have access to when they need to seek medical care, which means that providers listed should be those actively seeing patients.

---

[92] Id.

[93] Texas Hospital Association. (2022). *A Workforce in Peril: Shortages Threaten Patient Care*. Texas Hospital Association. https://www.tha.org/wp-content/uploads/2022/07/Workforce-in-Peril_Shortages-Threaten-Patient-Care.pdf

[94] Hub, R. H. I. (2022). *Health Professional Shortage Areas: Primary Care, by County, 2022*. Rural Health Information Hub. https://www.ruralhealthinfo.org/charts/5?state=TX

[95] Land, D. (2019, September 16). Remedy To Texas Doctor Shortage Unlikely Anytime Soon. *Houston Public Media*. https://www.houstonpublicmedia.org/articles/news/health-science/2019/09/16/346203/remedy-to-texas-doctor-nurse-and-dentist-shortage-unlikely-anytime-soon-state-says/

[96] Miller, P. (2015, April 27). Report: Serious Physician Shortages Beset Most Texas Counties. *AMN Healthcare*. https://www.amnhealthcare.com/amn-insights/news/texas-physician-shortages/

[97] Petri, B. (2021, November 17). Texas Primary Care Doctor Shortage Spikes During the Pandemic; Rural Texans Hit Hardest. *Texas Public Radio*. https://www.tpr.org/public-health/2021-11-17/texas-primary

[98] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[99] Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

[100] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

## *Response to:* Dr. Haeder Is Wrong in Alleging that 49% of Superior's ACA Providers Are Not "Actually In-Network."

In his report, Mr. Hoyt disagrees with the methodology used to determine the percentage of active network participants in Superior HealthPlan's network. Mr. Hoyt alleges that my analysis "relies nearly entirely on [Dr. Haeder's] opinion." [101]

Based on my review of Superior HealthPlan documents and its website as well as my expertise in health care research, Mr. Hoyt is wrong.

As mentioned previously, problems with provider directory accuracy have been well-documented in the academic literature and are widely acknowledged.[102] A number of studies have been published using a secret shopper methodology which established substantial inaccuracies in provider         directories         across         many         geographies,         specialties,         and

---

[101] Page 14.

[102] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

markets.[103,104,105,106,107,108,109,110,111,112] It is worth reiterating that inaccuracies are a well-established fact. For example, these papers found that for mammogram providers directory inaccuracies ranged from 23 percent to 38 percent,[113] for psychiatrists and other mental health providers they ranged from 38 percent to 58 percent,[114] and for primary care providers, endocrinologists, cardiologists, and gastroenterologists they ranged from 23 percent to 41 percent.[115] However, one of the major challenges of secret shopper surveys are that they can only be conducted for the current plan year; that is, secret shopper surveys cannot be utilized to establish the degree of inaccuracy of provider directories in past plan years. The approach to overcome these limitations in the health services literature has been to resort to claims data to establish which providers are

---

[103] Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

[104] Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

[105] Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

[106] Resneck, J. S., Quiggle, A., Liu, M., & Brewster, D. W. (2014). The Accuracy of Dermatology Network Physician Directories Posted by Medicare Advantage Health Plans in an Era of Narrow Networks. *JAMA dermatology*, *150*(12), 1290-1297.

[107] Tipirneni, R., Rhodes, K. V., Hayward, R. A., Lichtenstein, R. L., Choi, H., Reamer, E. N., & Davis, M. M. (2016). Primary Care Appointment Availability and Nonphysician Providers One Year After Medicaid Expansion. *American Journal of Managed Care*, *22*(6), 427-431.

[108]

[109] Malowney, M., Keltz, S., Fischer, D., & Boyd, J. W. (2015). Availability of Outpatient Care From Psychiatrists: A Simulated-Patient Study in Three US Cities. *Psychiatric Services*, *66*(1), 94-96.

[110] Hamlyn, G. S., Hutchins, K. E., Johnston, A. L., Thomas, R. T., Tian, J., & Kamal, A. H. (2016). Accessibility and Barriers to Oncology Appointments at 40 National Cancer Institute–Designated Comprehensive Cancer Centers: Results of a Mystery Shopper Project. *Journal of oncology practice*, *12*(10), e884-e900.

[111] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2016). Secret Shoppers Find Access To Providers And Network Accuracy Lacking For Those In Marketplace And Commercial Plans. *Health Affairs*, *35*(7), 1160-1166. https://doi.org/10.1377/hlthaff.2015.1554

[112] Burman, A., & Haeder, S. F. (2022a). Directory Accuracy and Timely Access to in Maryland's Medicaid Managed Care Program. *Journal of Health Care for the Poor and Underserved 33*(2), 597-611.

[113] Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

[114] Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

[115] Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

actually in a provider network and actively seeing patients.[116,117,118,119,120,121,122,123,124,125] Articles

using this methodology have been published by leading academics in leading academic journals.

As mentioned previously, the academic community has come to accept this approach focused on

"realized" access,[126] despite certain limitation, some of which Mr. Hoyt alludes to in his report. As

mentioned above, I am not aware of any other methodology to assess provider directory accuracy

for past years. Second, the methodology is in line with what scholars perceive to be the "'true'"

extent of network.[127] That is, "[d]irectories should also accurately reflect the set of providers who

---

[116] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[117] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[118] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[119] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[120] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[121] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[122] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[123] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[124] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[125] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[126] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[127] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. Id.In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. (5), 760-768.

are available and accessible to patients in a given plan."[128],[129] They do so because it is in line with the intent of a plethora of regulatory and statutory actions intended to ensure access to medical providers because "phantom network," i.e. networks with providers who are not actively seeing patients, "may satisfy network adequacy requirements on paper but not in practice."[130] Indeed, "if physicians are listed in networks but provide little or no care for Medicaid beneficiaries, these standards may be ineffective as a measure of true availability and as a tool for ensuring equitable access to medical services for low-income people."[131] As one recent paper in the leading journal Health Affairs put it, "Our findings suggest that relying on the physicians listed in Medicaid managed care network directories to measure access is insufficient."[132] Moreover, it helps guard against insurers who "pad" their provider rosters.[133]

### *Response to:* **Implementation of Dr. Haeder's Methodology Would Violate State and Federal Regulations Related to Provider Directories.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Would Violate State and Federal Regulations Related to Provider Directories." [134]

---

[128] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. Id.Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. (7), 1013-1022.

[129] See also Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019b). A Knotty Problem: Consumer Access and the Regulation of Provider Networks. *Journal of Health Politics, Policy and Law*, *44*(6), 937-954. https://doi.org/10.1215/03616878-7785835

[130] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[131] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. Id.In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. (5), 760-768.

[132] Id.

[133] Ndumele, C. D., Staiger, B., Ross, J. S., & Schlesinger, M. J. (2018). Network Optimization And The Continuity Of Physicians In Medicaid Managed Care. Id., *37*(6), 929-935.

[134] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Page 14.

My assessment of the accuracy of Superior HealthPlan's provider directories based on an academically accepted methodology indicates that Superior HealthPlan substantially overrepresents the providers its members have access to. I lack the legal expertise to fully assess Mr. Hoyt's claim here and I do not follow his line of reasoning in his report. However, I share the understanding that "repercussions of inaccurate provider directories can be significant, posing risks to both consumers and health plans."[135]

*Response to:* **Dr. Haeder's Methodology Ignores the Effect of Superior's ACA Expansion into New Counties During Relevant Years.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Ignores the Effect of Superior's ACA Expansion into New Counties During Relevant Years."[136]

I note that I was confused why Mr. Hoyt included press releases for both 2022 and 2023 in his report, two years not included in the period of analysis to my understanding, but failed to include 2016 and 2017, two years included in the period of analysis to my understanding, raising concerns whether he conducted analyses for the appropriate time periods.

I also note that the argument that the Texas Department of Insurance evaluated the network for adequacy seems irrelevant because it relies on the information provided by Superior HealthPlan to the Texas Department of Insurance to do these analyses.

I am aware that expansion into new areas of service requires the expansion of provider networks as clearly stated in my Initial Report. Based on the data provided by Superior HealthPlan, the only "spike" I was able to identify in the "Percentage of Providers Listed but not Active Part of

---

[135] Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges.* Berkeley Research Group.
[136] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Page 15.

Network" occurred at the end of 2020. Besides this brief period, rates of inaccuracy are rather static indicating the point raised by Mr. Hoyt is negligible.

I also note that Mr. Hoyt's methodology is inadequate to assess the degree of this limitation because Mr. Hoyt's county-based assessment of provider-ratios fails to adequately represent consumer behavior. It assumes that consumers do not travel across county lines.[137,138] It also runs counter to the massive provider shortages present in the state of Texas which include a substantial number of counties who completely lack access to a vast variety of specialties.[139,140,141,142,143]This, by definition, requires consumers to travel across county lines. Moreover, many specialists are based in urban centers like Houston,TX or Dallas,TX. Even prior to expansion into these areas, consumers would be likely to access these providers. Superior HealthPlan's openly acknowledges this in various of its depositions.[144] This also explains why the "Percentage of Providers Listed but not Active Part of Network" is generally static.

As mentioned several times in my Initial Report, my approach was generally conservative. For example, I reduced the number of claims filed required to be determined as in-network. Moreover, I did not include the substantial number of duplicate entries in Superior HealthPlan's provider

---

[137] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[138] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[139] Texas Hospital Association. (2022). *A Workforce in Peril: Shortages Threaten Patient Care*. Texas Hospital Association. https://www.tha.org/wp-content/uploads/2022/07/Workforce-in-Peril_Shortages-Threaten-Patient-Care.pdf

[140] Hub, R. H. I. (2022). *Health Professional Shortage Areas: Primary Care, by County, 2022*. Rural Health Information Hub. https://www.ruralhealthinfo.org/charts/5?state=TX

[141] Land, D. (2019, September 16). Remedy To Texas Doctor Shortage Unlikely Anytime Soon. *Houston Public Media*. https://www.houstonpublicmedia.org/articles/news/health-science/2019/09/16/346203/remedy-to-texas-doctor-nurse-and-dentist-shortage-unlikely-anytime-soon-state-says/

[142] Miller, P. (2015, April 27). Report: Serious Physician Shortages Beset Most Texas Counties. *AMN Healthcare*. https://www.amnhealthcare.com/amn-insights/news/texas-physician-shortages/

[143] Petri, B. (2021, November 17). Texas Primary Care Doctor Shortage Spikes During the Pandemic; Rural Texans Hit Hardest. *Texas Public Radio*. https://www.tpr.org/public-health/2021-11-17/texas-primary

[144] For example, see the Disposition of Mr. Michael Diel

directories as a point of reference. I am reproducing Table 1 from my Initial Report to highlight

the importance of this decision because of the vast amount of duplicate listings as well as listings

at multiple locations in the provider directory.

*Table 1: Table 1 from Initial Report: Analysis of Provider Directory Data for 2016*

| Year & Month | Provider Directory Listings | Unique NPI/Address | | Unique NPI | |
|---|---|---|---|---|---|
| | | Count | PCT | Count | PCT |
| 201603 | ■ | ■ | 75% | ■ | 40% |
| 201604 | ■ | ■ | 52% | ■ | 47% |
| 201605 | ■ | ■ | 48% | ■ | 29% |
| 201606 | ■ | ■ | 49% | ■ | 29% |
| 201607 | ■ | ■ | 47% | ■ | 27% |
| 201608 | ■ | ■ | 47% | ■ | 28% |
| 201609 | ■ | ■ | 47% | ■ | 28% |
| 201610 | ■ | ■ | 47% | ■ | 28% |
| 201611 | ■ | ■ | 45% | ■ | 25% |
| 201612 | ■ | ■ | 44% | ■ | 25% |

And I consider a provider to be in-network for an entire year even when they were determined to

be non-contracted for 11 out 12 months.

Lastly, the approach in my analyses is in line with the practices in the academic literature.[145,146,147,148,149,150,151,152,153,154]

*Response to:* **Dr. Haeder's Methodology Wrongly Characterizes the Vast Majority of Dental and Vision Providers as Not In-Network.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Wrongly Characterizes the Vast Majority of Dental and Vision Providers as Not In-Network."[155]

Based on my review of Superior HealthPlan documents and its website as well as my expertise in health care research, I disagree with Mr. Hoyt.

---

[145] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[146] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[147] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[148] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[149] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[150] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[151] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[152] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[153] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[154] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[155] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Page 18.

36

Counsel for Plaintiffs presented me with the provider directory data as well as the summary claims data I used for my analyses presented in the Initial Report. It is my understanding that Counsel for Plaintiffs requested complete data for both items. It is my understanding that that Superior HealthPlan never produced any printed/PDF provider directories. Moreover, Superior HealthPlan potentially may have excluded, based on Mr. Hoyt's assertion, claims data for certain vision and dental providers. It is surprising to me that Superior HealthPlan would share with Counsel for Plaintiffs a certain set of data with regard to provider directories but fail to share with Counsel for Plaintiffs the corresponding data for claims. Moreover, Superior HealthPlan allows for searches of vision providers under its "Find Care" function and steers searches of dental providers to its contracted partners, again making them clearly accessible to consumers.



*Figure 18: Excerpt from Superior HealthPlan's "Find Care" Webpage*

I reserve the right to make any adjustments to my analyses should I be provided with additional data.

However, I note that Mr. Hoyt's methodology to assess the degree of this effect is invalid because it simply relies on the provider directory data presented by Superior HealthPlan; that is, the exact same data that has been shown to contain substantial inaccuracies.

***Response to:*** **Dr. Haeder's Methodology Wrongly Characterizes All Individual Providers Billing Under Their Group NPI as Not In-Network.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Wrongly Characterizes All Individual Providers Billing Under Their Group NPI as Not In-Network."[156]

Based on my review of Superior HealthPlan data provided and my expertise in health care research, I disagree with Mr. Hoyt.

Mr. Hoyt's statement that the methodology assumes that providers "always bill under their own individual practitioner NPIs'" [157] is incorrect and misleading. Indeed, the methodology only requires that providers file a single claim in a given year. That is, a provider who files all their claims under their group's NPI except a single claim during a given year, will be captured and determined to be in-network. Moreover, Mr. Hoyt's statement that "it is common practice in the industry for providers to submit claims through an organization or group NPI" [158] has not been evaluate by the academic literature and Mr. Hoyt provides absolutely no scientific foundation for his statement except citing a limitation section from an academic paper that speculates about the issue. [159] Nor is it possible to support his statement with the summary-level claims data in question provided by Superior HealthPlan. Mr. Hoyt's analysis of comparing the data to claims submitted by a group is irrelevant because it cannot confirm the degree of the practice he alleges. Indeed, insurers may be "padding" their directories by adding entire groups while fully knowing that care

---

[156] Id. Page 19.
[157] Id. Paragraph 56.
[158] Id. Paragraph 56.
[159] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

for their beneficiaries may be highly concentrated on a small number of providers from that group.[160]

As mentioned several times in my Initial Report, my approach was generally conservative. For example, I reduced the number of claims filed required to be determined as in-network, I did not include the substantial number of duplicate entries in Superior HealthPlan's provider directories as a point of reference, and I consider a provider to be in-network for an entire year even when they were determined to be non-contracted for 11 out 12 months.

I note that Superior HealthPlan did not make available detailed claims data including the servicing or rendering provider for the period of analysis. My analyses relied on the provision of appropriate data by Superior HealthPlan based on the request of Counsel for Plaintiffs.

---

[160] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. Id.In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. (5), 760-768.

Lastly, the approach in my analyses is in line with the academic

literature.[161,162,163,164,165,166,167,168,169,170]

*Response to:* **Dr. Haeder's Methodology Wrongly Characterizes All Providers**

**Billing Under a  Supervising Physician's NPI as Not In-Network.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Wrongly Characterizes All

Providers Billing Under a Supervising Physician's NPI as Not In-Network."[171]

Based on my review of Superior HealthPlan data provided and my expertise in health care research,

I disagree with Mr. Hoyt.

---

[161] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. Id.Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. (7), 1013-1022.

[162] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[163] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[164] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[165] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[166] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[167] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[168] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[169] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[170] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[171] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Page 20.

Once again, Mr. Hoyt's statement that the methodology assumes that providers "always bill claims under their own individual practitioner NPIs" [172] is incorrect and misleading. To reiterate, the methodology only requires that providers <u>file a single claim</u> in a given year. That is, a provider who files all their claims under their Supervising Physicians NPI except a single claim during a given year, will be captured and determined to be in-network. Moreover, once again, Mr. Hoyt makes a statement that something is common practice and provides absolutely no foundation for his statement based on existing literature. Nor is it possible to support his statement with the summary-level claims data in question provided by Superior HealthPlan.

As mentioned several times in my Initial Report, my approach was generally conservative. For example, I reduced the number of claims filed required to be determined as in-network, I did not include the substantial number of duplicate entries in Superior HealthPlan's provider directories as a point of reference, and I consider a provider to be in-network for an entire year even when they were determined to be non-contracted for 11 out 12 months.

I note that Superior HealthPlan did not make available detailed claims data including the servicing or rendering provider for the period of analysis. My analyses relied on the provision of appropriate data by Superior HealthPlan based on the request of Counsel to Plaintiffs.

---

[172] Id. Paragraph 63.

Lastly, the approach in my analyses is in line with the academic

literature.[173,174,175,176,177,178,179,180,181,182]


*Response to:* **Dr. Haeder's Methodology Wrongly Characterizes Providers Who Bill**

**Claims in Other Years as Not In-Network.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Wrongly Characterizes Providers

Who Bill Claims in Other Years as Not In-Network."[183]

I disagree with Mr. Hoyt.

It is my understanding that the summary claims data presented by Superior HealthPlan had claims

ascribed to the appropriate months before sharing the data with Counsel for Plaintiffs. Even if this

---

[173] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[174] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[175] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[176] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[177] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[178] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[179] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[180] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[181] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[182] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[183] Page 22.

were not the case, the extent of the problem should be negligible. As mentioned several times in my Initial Report as well as here, my approach was generally conservative and all that is required is that providers <u>file a single claim</u> in a given year. As such, the approach utilized in my analyses is in line with the academic literature.[184,185,186,187,188,189,190,191,192,193]

## *Response to:* **Dr. Haeder's Methodology Wrongly Characterizes Providers Contracted by Superior as Not In-Network.**

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Wrongly Characterizes Providers Contracted by Superior as Not In-Network."[194]

---

[184] Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

[185] Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

[186] Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

[187] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. Id., *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[188] Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

[189] Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

[190] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

[191] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

[192] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

[193] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

[194] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Page 22.

I cannot assess Mr. Hoyt's statement or analysis. Mr. Hoyt fails to present any sampling methodology for the choice of contracts or what sampling rule he applied. Mr. Hoyt also does not include a power calculation which are used to determine the necessary sample size to allow for the drawing of conclusions. As a result, Mr. Hoyt does not sample a sufficient and appropriately size sample based on the thousands of providers Superior HealthPlan presents in its provider directories. Mr. Hoyt also provides no information about the contract dates for any of the providers. Lastly, Mr. Hoyt presents no information whether the providers in questions are still actively practicing in the State of Texas. This information is crucial because Superior HealthPlan's contract automatically renew every year.

I note that Mr. Hoyt was able to obtain access to contracts from dental and visions providers procured under Vendor Service Agreements. As mentioned previously in this report, Superior HealthPlan apparently included these providers in its provider directories, presents them on its websites, and made their contracts available to Mr. Hoyt. However, Superior HealthPlan may have failed to supply claims data for these providers if Mr. Hoyt's statements are correct.

## *Response to:* Dr. Haeder's Methodology Misapplies the Economic Literature in Calculating Damages.

In his report, Mr. Hoyt alleges that "Dr. Haeder's Methodology Misapplies the Economic Literature in Calculating Damages." [195]

I have already previously shown in this response that Mr. Hoyt is incorrect in stating that Superior HealthPlan does not make representations about network size or access to providers on its website

---

[195] Id. Page 23.

44

or in its various documents. Moreover, consumers have access to this information at the time of purchase both at HealthCare.gov and various other sites like HealthSherpa and Superior HealthPlan's own purchasing page.

Moreover, the health services literature has established that health plans with narrower networks are provided at lower premiums than those with broader networks.[196,197,198,199,200,201,202,203,204,205,206]. The diverse set of papers that have shown that broader networks are associated with higher premiums do so in diverse ways. The two papers cited in my Initial Report that served as the basis for my assessment are part of this literature.[207,208] They were particularly relevant because they focus on ACA marketplace plans. I note that these findings were confirmed in a follow-up paper by one of the authors that "examine[d] how plan premiums are associated with physician network breadth, hospital network breadth, and hospital network quality on the Affordable Care Act's

---

[196] Higuera, L., Carlin, C. S., & Dowd, B. (2018). Narrow Provider Networks and Willingness to Pay for Continuity of Care and Network Breadth. *Journal of Health Economics*, *60*, 90-97.

[197] van den Broek-Altenburg, E. M., & Atherly, A. J. (2020). Patient Preferences for Provider Choice: A Discrete Choice Experiment. *American Journal of Managed Care*, *26*(7), 219-224.

[198] Mazurenko, O., Taylor, H. L., & Menachemi, N. (2022). The Impact of Narrow and Tiered Networks on Costs, Access, Quality, and Patient Steering: A Systematic Review. *Medical Care Research and Review*, *79*(5), 607-617.

[199] Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health Services Research*, *56*(1), 16-24.

[200] Id.

[201] Mazurenko, O., Taylor, H. L., & Menachemi, N. (2022). The Impact of Narrow and Tiered Networks on Costs, Access, Quality, and Patient Steering: A Systematic Review. *Medical Care Research and Review*, *79*(5), 607-617.

[202] Dafny, L., Hendel, I., & Wilson, N. (2015). Narrow Networks on the Health Insurance Exchanges: What Do They Look Like and How Do They Affect Pricing? A Case Study of Texas. *American Economic Review*, *105*(5), 110-114.

[203] Graves, J. A., Nshuti, L., Everson, J., Richards, M., Buntin, M., Nikpay, S., Zhou, Z., & Polsky, D. (2020). Breadth and Exclusivity of Hospital and Physician Networks in US Insurance Markets. *JAMA Network Open*, *3*(12), e2029419-e2029419.

[204] Mazurenko, O., Taylor, H. L., & Menachemi, N. (2022). The Impact of Narrow and Tiered Networks on Costs, Access, Quality, and Patient Steering: A Systematic Review. *Medical Care Research and Review*, *79*(5), 607-617.

[205] Corlette, S., Volk, J., Berenson, R., & Feder, J. (2014). *Narrow Provider Networks in New Health Plans: Balancing Affordability with aAccess to Quality Care*. Georgetown University Health Policy Institute.

[206] Polsky, D., & Weiner, J. (2015). *The Skinny on Narrow Networks in Health Insurance Marketplace Plans*.

[207] Polsky, D., Cidav, Z., & Swanson, A. (2016). Marketplace Plans With Narrow Physician Networks Feature Lower Monthly Premiums Than Plans With Larger Networks. *Health Affairs*, *35*(10), 1842-1848.

[208] Dafny, L. S., Hendel, I., Marone, V., & Ody, C. (2017). Narrow Networks on the Health Insurance Marketplaces: Prevalence, Pricing, and the Cost of Network Breadth. Id., *36*(9), 1606-1614.

Health Insurance Marketplaces in all 50 states and the DC in 2016."[209] Indeed, the association of lower premiums with narrow networks is also accepted by the health insurance industry. [210,211,212,213,214,215,216,217] Of course, this should not be surprising because with the passage of the Affordable Care Act, narrowing provider networks is one of the few remaining legal options for insurers to contain costs.[218,219,220,221] More generally, the entire transformation in the late 1970s and early 1980s, the managed care revolution, that diminished the role of indemnity coverage and replaced it with managed care arrangements was driven by a desire to rein in costs by restricting

---

[209] Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health Services Research*, *56*(1), 16-24.

[210] RMC Group. (2020). *Reducing Costs with Narrow Network Health Insurance: What Employers Need to Know*. RMC Group. https://rmcgp.com/2020/08/17/reducing-costs-with-narrow-network-health-insurance/

[211] Humana. (2022). *Debunking the Myths About "Narrow Networks"*. Humana.

[212] Waddill, K. (2019, September 27). Payers May Shrink Provider Networks to Lower Healthcare Spending. *HealthPayer Intelligence*. https://healthpayerintelligence.com/news/payers-may-shrink-provider-networks-to-lower-healthcare-spending

[213] Sanger-Katz, M. (2014, July 29). A Health Trade-Off That's Here to Stay: Lower Cost, Limited Choice. *New York Times*. https://www.nytimes.com/2014/07/30/upshot/why-health-insurance-plans-with-narrow-networks-are-here-to-stay.html

[214] Cited in Findlay, S. (2018, November 1). In Search Of Insurance Savings, Consumers Can Get Unwittingly Wedged Into Narrow-Network Plans. *Kaiser Health News*. https://khn.org/news/in-search-of-insurance-savings-consumers-can-get-unwittingly-wedged-into-narrow-network-plans/

[215] Anthem. (2019). *What to Know About Narrow Networks*. Anthem. https://www.anthem.com/blog/living-healthy/your-health-care/narrow-networks/

[216] Wellmark. (2022). *What is a Narrow Network?* Wellmark. https://www.wellmark.com/blue/plan-smart/what-is-a-narrow-network

[217] Avera Health Plans. (2022). *Debunking Myths About Narrow Network Health Plans*. Avera Health Plans. https://www.averahealthplans.com/insurance/blog/debunking-myths-narrow-network-health-plans/

[218] Atwood, A., & Sasso, A. T. L. (2016). The Effect of Narrow Provider Networks on Health Care Use. *Journal of Health Economics*, *50*, 86-98.

[219] Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019b). A Knotty Problem: Consumer Access and the Regulation of Provider Networks. *Journal of Health Politics, Policy and Law*, *44*(6), 937-954. https://doi.org/10.1215/03616878-7785835

[220] Polsky, D., Cidav, Z., & Swanson, A. (2016). Marketplace Plans With Narrow Physician Networks Feature Lower Monthly Premiums Than Plans With Larger Networks. *Health Affairs*, *35*(10), 1842-1848.

[221] Dafny, L. S., Hendel, I., Marone, V., & Ody, C. (2017). Narrow Networks on the Health Insurance Marketplaces: Prevalence, Pricing, and the Cost of Network Breadth. Id., *36*(9), 1606-1614.

consumer choice via provider network.[222] [223,224,225,226,227,228] There is also substantial evidence that consumers value broader networks.[229,230,231,232]

As I diligently reviewed and assessed Mr. Hoyt's assertions, I noticed that I had accidently misinterpreted analyses from the reports utilized to assess the monetary value of the damages incurred by Superior HealthPlan. That is, my analyses about the degree of the inaccuracies were correct; however, the translation into monetary value was not appropriate.[233] As result, I conducted another extensive review of the existing academic literature. I am making an adjustment to my assessment of damages. I emphasize that I do not make any adjustments to any other analyses or findings from my Initial Report but solely adjust the translation of the valuation of provider directory inaccuracies for Superior HealthPlan's consumers. That is, I solely adjust how final step in my assessment of the damages incurred. As pointed out previously in this report, academic

---

[222] Reinhardt, U. E. (2019). *Priced Out: The Economic and Ethical Costs of American Health Care*. Princeton University Press.

[223] Zwanziger, J., & Melnick, G. A. (1988). The Effects of Hospital Competition and the Medicare PPS Program on Hospital Cost Behavior in California. *Journal of Health Economics*, *7*(4), 301-320.

[224] Atwood, A., & Sasso, A. T. L. (2016). The Effect of Narrow Provider Networks on Health Care Use. Id., *50*, 86-98.

[225] Zwanziger, J., Melnick, G. A., & Bamezai, A. (2000). The Effect of Selective Contracting on Hospital Costs and Revenues. *Health Services Research*, *35*(4), 849.

[226] Atwood, A., & Sasso, A. T. L. (2016). The Effect of Narrow Provider Networks on Health Care Use. *Journal of Health Economics*, *50*, 86-98.

[227] Wickizer, T. M., & Feldstein, P. J. (1995). The Impact of HMO Competition on Private Health Insurance Premiums, 1985—1992. *Inquiry*, *32*(3), 241-251.

[228] Corlette, S., Volk, J., Berenson, R., & Feder, J. (2014). *Narrow Provider Networks in New Health Plans: Balancing Affordability with aAccess to Quality Care*. Georgetown University Health Policy Institute.

[229] van den Broek-Altenburg, E. M., & Atherly, A. J. (2020). Patient Preferences for Provider Choice: A Discrete Choice Experiment. *American Journal of Managed Care*, *26*(7), 219-224.

[230] Drake, C. (2019). What Are Consumers Willing to Pay for a Broad Network Health Plan?: Evidence from Covered California. *Journal of Health Economics*, *65*, 63-77.

[231] Ericson, K. M., & Starc, A. (2015). Measuring Consumer Valuation of LImited Provider Networks. *American Economic Review*, *105*(5), 115-119.

[232] Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health Services Research*, *56*(1), 16-24.

[233] Paragraph 72.

estimates, including the previously two assessments as Mr. Hoyt correctly asserts,[234,235] rely on analyses that utilize "the 'percentage of physicians in a service area participating in a network.'" [236] While my previous analyses estimated the number of providers claimed by Superior HealthPlan in their network as well as my assessment of which percentage of these providers actively saw patients provide the nominator for the assessment, the data provided did not allow me to establish the appropriate denominator for the assessment. Moreover, there is no reasonable approach for obtaining these data in a reasonable time and cost frame. As a result, I resort to previous national assessments of the network breadth of ACA marketplace plans published in the academic literature. A recent study indicates that the average network breadth in ACA marketplace silver plans across the country was 53 percent with 68 percent of all plans nationwide covering between 31 percent and 75 percent of providers; 84 percent of plans nationwide include at least 31 percent of providers.[237] I utilize these findings as described in further detail below.

My updated search also found another recent study[238] that provides the most appropriate assessment of how consumers value the components of health insurance coverage in monetary terms. The study "used a discrete choice experiment to analyze the effect of previously unobserved characteristics regarding provider networks on plan choice, including wait time, breadth, travel time, whether the plan covers care for their personal doctor, and monthly premium." [239] The paper found that consumers are willing to pay an additional $2.41 per month for an increase in 1

---

[234] Polsky, D., Cidav, Z., & Swanson, A. (2016). Marketplace Plans With Narrow Physician Networks Feature Lower Monthly Premiums Than Plans With Larger Networks. *Health Affairs*, *35*(10), 1842-1848.
[235] Dafny, L. S., Hendel, I., Marone, V., & Ody, C. (2017). Narrow Networks on the Health Insurance Marketplaces: Prevalence, Pricing, and the Cost of Network Breadth. Id., *36*(9), 1606-1614.
[236] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Paragraph 72.
[237] Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health Services Research*, *56*(1), 16-24. As with every academic study, the study includes limitations.
[238] van den Broek-Altenburg, E. M., & Atherly, A. J. (2020). Patient Preferences for Provider Choice: A Discrete Choice Experiment. *American Journal of Managed Care*, *26*(7), 219-224.
[239] Id.

percentage point of the breadth of their provider network. As the authors put it, "[r]espondents were willing to pay $72 [per month] for a plan that covered 30% more doctors in their area"[240] The finding is very much in line with the research cited above.

I present three different estimates. First, I assumed that Superior HealthPlan's provider network breadth is in line with the average ACA silver plan <u>in the country</u> (i.e. 53 percent). Second, I assumed that Superior HealthPlan's provider network breadth is smaller than 84 percent of ACA silver plans <u>in the country</u> (i.e. 31 percent). Third, I assumed that Superior HealthPlan's provider network breadth is smaller than 98 percent of ACA silver plans <u>in the country</u> (i.e. 9 percent). Previous work has indicated that provider networks tend to be broader in Texas.[241],[242] As a result, the assessment relying on network breadth of 9 percent and 31 percent are likely conservative estimates.

In all three cases, I derive the difference between the three different levels of network breadth and the actual network breadth by multiplying the respective network breadth (i.e. 53 percent or 31 percent or 9 percent) by the local degree of inaccuracy developed in my Initial Report. I do this for every month in the analysis period and the make the same adjustment for inflation as previously indicated in my Initial Report.

Based on the assumption of network breadth, estimates range from $204,080,048 to $1,201,804,708. Detailed monthly, yearly, and overall estimates are presented below.

---

[240] Id.
[241] Polsky, D., Candon, M. K., Chatterjee, P., & Chen, X. (2018). Scope of Primary Care Physicians' Participation in the Health Insurance Marketplaces. *Health Affairs*, *37*(8), 1252-1256.
[242] Avalere Health. (2022). *Impact of Individual Coverage Health Reimbursement Arrangements on Employees with Group Health Coverage*. Avalere Health. https://avalere.com/wp-content/uploads/2022/02/ICHRA-Whitepaper.pdf

*Table 2: Yearly and Total Estimates for Damages Under Various Assumptions of Network Breadth for Superior HealthPlan*

| Year | Damages for Network Breadth = 9 Percent | Damages for Network Breadth = 31 Percent | Damages for Network Breadth = 53 Percent |
|---|---|---|---|
| 2016 | $6,824,850 | $23,507,820 | $40,190,788 |
| 2017 | $24,604,622 | $84,749,248 | $144,893,888 |
| 2018 | $23,933,484 | $82,437,552 | $140,941,632 |
| 2019 | $34,821,288 | $119,939,984 | $205,058,688 |
| 2020 | $42,135,300 | $145,132,704 | $248,130,112 |
| 2021 | $71,760,504 | $247,175,056 | $422,589,600 |
| | $204,080,048 | $702,942,364 | $ 1,201,804,708 |

*Table 3: Monthly Estimates for Damages Under Various Assumptions of Network Breadth for Superior HealthPlan*

| Month | ENROLLED | Monthly Damages for Network Breadth = 9 Percent | Monthly Damages for Network Breadth = 31 Percent | Monthly Damages for Network Breadth = 53 Percent |
|---|---|---|---|---|
| 201603 | | 587,433 | 2,023,381 | 3,459,329 |
| 201604 | | 755,712 | 2,603,006 | 4,450,301 |
| 201605 | | 696,972 | 2,400,682 | 4,104,392 |
| 201606 | | 686,699 | 2,365,297 | 4,043,895 |
| 201607 | | 688,535 | 2,371,620 | 4,054,704 |
| 201608 | | 692,342 | 2,384,734 | 4,077,126 |
| 201609 | | 678,517 | 2,337,116 | 3,995,713 |
| 201610 | | 677,081 | 2,332,167 | 3,987,253 |
| 201611 | | 684,291 | 2,357,002 | 4,029,713 |
| 201612 | | 677,269 | 2,332,814 | 3,988,360 |
| 201703 | | 2,017,955 | 6,950,734 | 11,883,513 |
| 201704 | | 2,026,208 | 6,979,160 | 11,932,113 |
| 201705 | | 2,045,881 | 7,046,923 | 12,047,965 |
| 201706 | | 2,052,239 | 7,068,823 | 12,085,407 |
| 201707 | | 2,030,123 | 6,992,644 | 11,955,166 |
| 201708 | | 2,055,502 | 7,080,064 | 12,104,626 |
| 201709 | | 2,058,679 | 7,091,006 | 12,123,333 |
| 201710 | | 2,081,396 | 7,169,251 | 12,257,107 |
| 201711 | | 2,042,261 | 7,034,455 | 12,026,649 |

| | | | | |
|---|---|---|---|---|
| 201712 | | 2,083,264 | 7,175,685 | 12,268,107 |
| 201701 | | 2,069,894 | 7,129,635 | 12,189,377 |
| 201702 | | 2,041,220 | 7,030,870 | 12,020,521 |
| 201803 | | 2,004,168 | 6,903,244 | 11,802,320 |
| 201804 | | 1,968,733 | 6,781,190 | 11,593,648 |
| 201805 | | 1,943,810 | 6,695,346 | 11,446,882 |
| 201806 | | 1,965,048 | 6,768,499 | 11,571,950 |
| 201807 | | 1,965,707 | 6,770,768 | 11,575,829 |
| 201808 | | 1,957,529 | 6,742,600 | 11,527,673 |
| 201809 | | 1,944,929 | 6,699,201 | 11,453,473 |
| 201810 | | 1,974,583 | 6,801,342 | 11,628,100 |
| 201811 | | 2,068,402 | 7,124,498 | 12,180,593 |
| 201812 | | 2,097,147 | 7,223,506 | 12,349,866 |
| 201801 | | 2,037,439 | 7,017,846 | 11,998,254 |
| 201802 | | 2,005,987 | 6,909,512 | 11,813,037 |
| 201903 | | 2,873,250 | 9,896,749 | 16,920,248 |
| 201904 | | 2,886,116 | 9,941,064 | 16,996,014 |
| 201905 | | 2,879,792 | 9,919,282 | 16,958,772 |
| 201906 | | 2,858,772 | 9,846,882 | 16,834,992 |
| 201907 | | 2,810,019 | 9,678,955 | 16,547,890 |
| 201908 | | 2,807,111 | 9,668,936 | 16,530,763 |
| 201909 | | 2,798,441 | 9,639,074 | 16,479,707 |
| 201910 | | 2,958,534 | 10,190,505 | 17,422,476 |
| 201911 | | 3,021,427 | 10,407,137 | 17,792,848 |
| 201912 | | 3,050,272 | 10,506,491 | 17,962,710 |
| 201901 | | 2,993,292 | 10,310,230 | 17,627,168 |
| 201902 | | 2,884,262 | 9,934,681 | 16,985,098 |
| 202003 | | 3,013,178 | 10,378,723 | 17,744,268 |
| 202004 | | 3,039,670 | 10,469,975 | 17,900,280 |
| 202005 | | 3,108,842 | 10,708,235 | 18,307,628 |
| 202006 | | 3,059,587 | 10,538,577 | 18,017,568 |
| 202007 | | 3,048,517 | 10,500,448 | 17,952,378 |
| 202008 | | 3,113,539 | 10,724,413 | 18,335,286 |
| 202009 | | 4,301,456 | 14,816,129 | 25,330,800 |
| 202010 | | 4,376,124 | 15,073,318 | 25,770,512 |
| 202011 | | 4,431,429 | 15,263,811 | 26,096,194 |
| 202012 | | 4,556,776 | 15,695,560 | 26,834,344 |
| 202001 | | 3,068,583 | 10,569,563 | 18,070,544 |
| 202002 | | 3,017,600 | 10,393,955 | 17,770,310 |
| 202103 | | 6,183,702 | 21,299,418 | 36,415,132 |

51

| | | | |
|---|---|---|---|
| 202104 | 6,119,004 | 21,076,570 | 36,034,136 |
| 202105 | 6,073,603 | 20,920,188 | 35,766,776 |
| 202106 | 6,027,782 | 20,762,360 | 35,496,936 |
| 202107 | 5,889,290 | 20,285,334 | 34,681,376 |
| 202108 | 5,893,228 | 20,298,900 | 34,704,572 |
| 202109 | 5,878,766 | 20,249,080 | 34,619,396 |
| 202110 | 5,976,998 | 20,587,438 | 35,197,880 |
| 202111 | 6,055,276 | 20,857,062 | 35,658,844 |
| 202112 | 5,865,603 | 20,203,744 | 34,541,884 |
| 202101 | 5,611,016 | 19,326,834 | 33,042,650 |
| 202102 | 6,186,232 | 21,308,130 | 36,430,028 |

## *Response to:* Superior's Complaint Log Shows that Very Few Superior ACA Customers Had Issues Finding In-Network Healthcare Services

In his report, Mr. Hoyt concedes that faulty and inaccurate provider directories may impose challenges to consumers. However, in his view, Superior has taken sufficient action to mitigate any negative effects on consumers because of "Superior's toll-free phone number." [243] He further notes that, "[b]ased on my review of the log there are 191 complaints made in the past approximately 5 years"[244] that Superior HealthPlan generally addressed consumers' concerned appropriately. He also acknowledges that "in some instances, it may be the case that a member of the provider's staff incorrectly told Superior's customer that the provider was not in-network for Superior's ACA plan" [245] but indicates that in these cases "plans often perform provider education to help inform the provider's staff of the correct in-network status." [246] Mr. Hoyt also disagrees

---

[243] Paragraph 83.
[244] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.* Paragraph 85.
[245] Id. Paragraph 86.
[246] Id. Paragraph 86.

with my statement that "inaccurate provider directories 'may impose significant and often unexpected additional financial costs by forcing consumers, unknowingly, to seek care from out-of-network providers, thus contributing to surprise billing issues'" [247] because "Superior holds its customers harmless in instances where a customer receives out- of-network care if the provider directory erroneously listed a provider as in-network." [248] Mr. Hoyt justifies his response because he found a single instance of "Superior covering an out-of-network claim to protect a customer is demonstrated in the complaint log." [249]

Based on my review of Superior HealthPlan documents, my expertise on the U.S. healthcare system and administrative burdens, I disagree with Mr. Hoyt.

It is a well-known fact that "repercussions of inaccurate provider directories can be significant, posing risks to both consumers and health plans" [250,251,] and that "the consumer may be at risk of being charged higher out-of-network rates when providers are erroneously listed as being in-network." [252,253] Moreover, "when the consumer receives services from an out-of-network provider, he will likely be responsible for paying the out-of-network rates, which are often substantially higher than the in-network rates." [254,255] Some consumers may also knowingly seek

---

[247] Id. Paragraph 88.
[248] Id. Paragraph 88.
[249] Id. Paragraph 88.
[250] Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.
[251] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.
[252] Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.
[253] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.
[254] Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.
[255] Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

care at an out-of-network provider because they cannot access a provider in-network, an event described as "coerced billing."[256]

Based on my expertise I disagree that consumers are sufficiently protected as alleged in the report by Mr. Hoyt.

First, the document Mr. Hoyt cites, SW029721, does not contain data for "complaints made in the past approximately 5 years." [257] All complaints listed in the documented are dated between 03/12/2015 and 05/26/2018.

Second, Mr. Hoyt's statement that there are 191 complaints[258] seems to be contradicted by various Superior HealthPlan documents which indicate a much larger volume of complaints.[259] Two biggest contributors for complaints were balance billing and accessibility and availability of providers. The documents cited also contain a significant number of complaints reported to the State Department of Insurance.

Third, the extensive research on health literacy and health insurance literacy points towards many challenges for Americans when navigating health insurance and the U.S. healthcare system. Given the complexity of the U.S. healthcare system, it is not surprising that overall health literacy is relatively low.[260] Indeed, only 12 percent of Americans are fully health literate.[261] A 2004 study by the Institute of Medicine estimated that 90 million Americans are not sufficiently proficient to

---

[256] Burman, A. (2021). Laying Ghost Networks to Rest: Combatting Deceptive Health Plan Provider Directories. *Yale Law & Policy Review*, *40*(1), 78-148.

[257] Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.*  Paragraph 85.

[258] Id. Paragraph 85.

[259] These include, for example, SW044454-SW044468, SW044469-044486, SW044487-SW044507, SW044508-SW044523, SW044524-SW044550, SW044597-SW044623, SW044624-SW044659, SW044660-SW044697, and SW044698-SW044731

[260] Long, S. K., & Goin, D. (2014). *Large Racial and Ethnic Differences in Health Insurance Literacy Signal Need for Targeted Education And Outreach*. Urban Institute.

[261] Kutner, M., Greenburg, E., Jin, Y., & Paulsen, C. (2006). The Health Literacy of America's Adults: Results from the 2003 National Assessment of Adult Literacy. NCES 2006-483. *National Center for Education Statistics*.

understand and act upon health information.[262] Undeniably, the U.S. health insurance system is equally confusing, as most Americans lack confidence in correctly identifying even basic insurance concepts.[263,264] A 2013 survey of insured Americans found that only 14 percent could answer four simple multi-choice questions about their insurance.[265] Past research has shown convincingly that individuals of lower socioeconomic status, those with lower levels of education, older individuals, the uninsured, and those of minority descent fare disproportionately worse in these regards.[266,267,268,269,270,271]Ultimately, most individuals in the U.S. are unfamiliar with the workings of the healthcare system and have trouble understanding their insurance status and coverage. This lack of understanding makes it unlikely that most consumers will be able to navigate the process of not being held responsible for out-of-networks bills nor will they file a complaint with their insurer.

Moreover, the extensive literature on administrative burdens, things like understanding insurance policies, collecting and submitting documents, or completing paperwork, makes it further unlikely

---

[262] Kindig, D. A., Panzer, A. M., & Nielsen-Bohlman, L. (2004). *Health Literacy: A Prescription to End Confusion*. National Academies Press.

[263] Blumberg, L. J., Long, S. K., Kenney, G. M., & Goin, D. (2013). *Public Understanding of Basic Health Insurance Concepts on the Eve of Health Reform*.

[264] Long, S. K., & Goin, D. (2014). *Large Racial and Ethnic Differences in Health Insurance Literacy Signal Need for Targeted Education And Outreach*. Urban Institute.

[265] Loewenstein, G., Friedman, J. Y., McGill, B., Ahmad, S., Linck, S., Sinkula, S., Beshears, J., Choi, J. J., Kolstad, J., & Laibson, D. (2013). Consumers' Misunderstanding of Health Insurance. *Journal of Health Economics*, *32*(5), 850-862.

[266] Bartholomae, S., Russell, M. B., Braun, B., & McCoy, T. (2016). Building Health Insurance Literacy: Evidence from the Smart Choice Health Insurance™ Program. *Journal of Family and Economic Issues*, *37*(2), 140-155.

[267] Brown, H., Prisuta, R., Campbell, A., & Jacobs, B. (2004). *Literacy of Older Adults In America: Results From The National Adult Literary Survey*. DIANE Publishing.

[268] Kim, J., Braun, B., & Williams, A. D. (2013). Understanding Health Insurance Literacy: A Literature Review. *Family and Consumer Sciences Research Journal*, *42*(1), 3-13.

[269] Loewenstein, G., Friedman, J. Y., McGill, B., Ahmad, S., Linck, S., Sinkula, S., Beshears, J., Choi, J. J., Kolstad, J., & Laibson, D. (2013). Consumers' Misunderstanding of Health Insurance. *Journal of Health Economics*, *32*(5), 850-862.

[270] Martin, L. T., & Parker, R. M. (2011). Insurance Expansion and Health Literacy. *Journal of the American Medical Association*, *306*(8), 874-875.

[271] McCormack, L., Bann, C., Uhrig, J., Berkman, N., & Rudd, R. (2009). Health Insurance Literacy of Older Adults. *Journal of Consumer Affairs*, *43*(2), 223-248.

that consumers will be able to overcome any harms. Administrative burdens have been shown to be a major contributor in explaining why individuals are unable to obtain benefits they are entitled to.[272],[273],[274],[275] This particularly affects the majority of ACA beneficiaries who tend to be of lower-income, chronic health conditions, low job skills, and low education status.[276],[277],[278],[279],[280],[281] Indeed, burdensome documentation requirements have been identified as a major impediment for many individuals failing to access benefits.[282],[283] Based on this literature, it is again not surprising most consumers will not be able to navigate the process of not being held responsible for out-of-networks bills nor will they file a complaint with their insurer. This is also indicative from the number of consumer complaints filed against Superior HealthPlan over balance billing issues.[284] There is also concrete evidence from the literature on provider networks that indicates that consumers do incur out-of-network bills and that they, nonetheless, do only rarely file official

---

[272] Heinrich, C. J. (2016). The Bite of Administrative Burden: A Theoretical and Empirical Investigation. *Journal of Public Administration Research and Theory*, *26*(3), 403-420.

[273] Herd, P. (2015). How Administrative Burdens Are Preventing Access to Critical Income Supports For Older Adults: The Case of the Supplemental Nutrition Assistance Program. *Public Policy & Aging Report*, *25*(2), 52-55.

[274] Owens, O. L., Beer, J. M., Revels, A. A., & White, K. (2021). The Lived Experiences of Older Low-Income African Americans Living Alone: Implications for Aging in Place in the United States. *Journal of Aging and Environment*, *35*(1), 42-61.

[275] Herd, P., & Moynihan, D. (2020). Administrative Burdens in Health Policy. *Journal of Health & Human Services Administration*, *43*(1).

[276] Abdus, S., Hudson, J., Hill, S. C., & Selden, T. M. (2014). Children's Health Insurance Program Premiums Adversely Affect Enrollment, Especially Among Lower-Income Children. *Health Affairs*, *33*(8), 1353-1360.

[277] Gresenz, C. R., Edgington, S. E., Laugesen, M. J., & Escarce, J. J. (2013). Income Eligibility Thresholds, Premium Contributions, and Children's Coverage Outcomes: A Study of CHIP Expansions. *Health Services Research*, *48*(2pt2), 884-904.

[278] Artiga, S., & O'Malley, M. (2005). Increasing Premiums and Cost Sharing in Medicaid and SCHIP: Recent State Experiences. *Washington, DC: Kaiser Commission on Medicaid and the Uninsured.*

[279] Liebert, S., & Ameringer, C. F. (2013). The Health Care Safety Net and the Affordable Care Act: Implications for Hispanic Immigrants. *Public Administration Review*, *73*(6), 810-820. https://doi.org/10.1111/puar.12147 , Saloner, B., Hochhalter, S., & Sabik, L. (2016). Medicaid and CHIP Premiums and Access To Care: A Systematic Review. *Pediatrics*, *137*(3).

[280] Saloner, B., Hochhalter, S., & Sabik, L. (2016). Medicaid and CHIP Premiums and Access To Care: A Systematic Review. *Pediatrics*, *137*(3).

[281] Moffitt, R. A. (2002). *From Welfare to Work: What the Evidence Shows*. The Brookings Institution.

[282] Kronebusch, K., & Elbel, B. (2004a). Enrolling Children in Public Insurance: SCHIP, Medicaid, and State Implementation. *Journal of Health Politics, Policy and Law*, *29*(3), 451-490.

[283] Kronebusch, K., & Elbel, B. (2004b). Simplifying Children's Medicaid and SCHIP. *Health Affairs*, *23*(3), 233-246.

[284] For example, see SW044597 - SW044623

complaints with their insurer. One study, to my knowledge the only study focused on actual consumer experiences, showed that individuals who encountered inaccuracies (which were 53 percent of those utilizing a provider directory), were twice as likely "(40 percent versus 20 percent) to be treated by an out-of-network provider and four times more likely (16 percent versus 4 percent) to receive a surprise outpatient out-of-network bill (that is, they did not initially know that a provider was out of network)."[285] These findings directly counter Mr. Hoyt's report.

Additionally, out of 837 respondents, only 1.9 percent (or 16 individuals) "sent a complaint to an insurance company employee." [286]It is also worth noting that the definition of complaint relating to network problems is much broader than the one used by Superior HealthPlan as outlined in previous depositions. This is acknowledged by defendants' witnesses when they state that "the most common method was a phone call to an insurer" and that "it is difficult to assess how these complaints are categorized by insurers." It is my understanding from reviewing previous depositions by Superior HealthPlan employees that calls from consumers dealing with inaccurate directories would generally not be logged as complaints because they are not in writing. It is also my understanding that if the consumer's issue is addressed on the telephone *to the satisfaction of Superior HealthPlan* the incident is not considered a complaint, even though the consumer would certainly consider it one.

Moreover, the research article[287] relies on survey responses to address this very complicated question. This may also bias the response in favor of more complaints rather than fewer complaints in their findings because consumers may consider phone calls to carriers as a complaint while carriers may not. It is also worth noting that the vast majority of respondents was enrolled in

---

[285] Busch, S. H., & Kyanko, K. A. (2020). Incorrect Provider Directories Associated With Out-Of-Network Mental Health Care And Outpatient Surprise Bills. *Health Affairs*, *39*(6), 975-983.
[286] Id.
[287] Id.

commercial plans (i.e. non-ACA plans) and thus likely to be more educated and are better versed at navigating the healthcare system than most ACA beneficiaries.[288]

A real-world indicator of the lack of consumer complaints comes from a series of articles evaluating millions of providers listings in California. These papers found that for mammogram providers directory inaccuracies ranged from 23 percent to 38 percent,[289] for psychiatrists and other mental health providers they ranged from 38 percent to 58 percent,[290] and for primary care providers, endocrinologists, cardiologists, and gastroenterologists they ranged from 23 percent to 41 percent.[291] Despite the fact that the data account for all of the state's managed care plans as well as the fact that California is a much larger state than Texas, the data indicate that for 2018 only 380 complaints related to provider directories were filed with all managed care insurers in the entire state of California.

It is also worth noting, despite the fact that most consumers will remain silent, that consumers utilize other venues to express their frustration with Superior HealthPlan. For one, this may include complaints to the Texas Department of Insurance.[292] It may also include complaints to the Better Business Bureau including the following

---

[288] Liebert, S., & Ameringer, C. F. (2013). The Health Care Safety Net and the Affordable Care Act: Implications for Hispanic Immigrants. *Public Administration Review*, *73*(6), 810-820. https://doi.org/10.1111/puar.12147

[289] Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

[290] Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

[291] Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

[292] For example, see SW044487- SW044507



**Initial Complaint**
05/20/2022

**Complaint Type:** Problems with Product/Service
**Status:** Answered ⊘

In summary, I signed up for Ambetters insurance package and tried for months to schedule a dental appointment and was ultimately unable to due to Ambetters complete disfunction as a business and lack of cooperating service providers. I was not provided the promised services paid for and they cost me exorbitant amounts of time and stress. I have never had such issues with any other insurance companies I had Ambetter through 2020 and enrolled in their "Ambetter ************* 2 HSA (2021) + Vision + Adult Dental" plan through "Ambetter from *********************" for 2021. I was first billed for the 2021 plan on Dec 2020. Ambetter never told me they contract dental and vision through 3rd party insurance companies. I had to call Ambetter multiple times and ask very specific questions to even find phone numbers for my "actual" dental insurance providers. Nothing on their website, in my account info, or my benefits information indicates any of this.When calling "in-network" dentists from the Ambetters website and phone support, 7/7 dentists called said they didnt take my insurance or the two other dental insurance companies Ambetter told me I had. I made 5 phone calls to Ambetter, countless phone calls between their partners and providers, and wasted hours of time. I was never able to receive dental services. On my 3rd call, I filed a grievance. On my 5th call, I requested a refund for my premium payments due to the lack of insurance coverage by not having any insured partners at 3:55 PM 3/23/21. The supervisor refused and said it was impossible and no one has that authority. My grievance was responded to a month later on April 4 just to say it would be delayed. It was finally addressed 6 months later on 9/13/21 and they admitted shortcomings but denied to address the disputed premiums. Amount in dispute $165.3912/23/20 $165.3901/31/21 $165.3902/28/21 $496.17 in total Dec-Feb 2021

*Figure 19: Excerpt from Better Business Bureau Listing*

Similar concerns can also be found on various reddit threads:[293]

**7daysrest** · 11 mo. ago

Ambetter is the absolute worst Healthcare company I have ever had the misfortune to use. I am self employed and unfortunately get my insurance from the marketplace. Don't even get me started on how horrible that shitshow is. This is my forth year with them and my premium has gone up 50% in those four years. My benefits have either stayed the same or were downgraded. Nobody and even my own doctor now won't take Ambetter here in Florida. I am in search for a new doctor now. Even the I fo on their website to find in-network doctors is not accurate at all!!!!! So many doctors they say are " in network" is totally bullshit!!!! I verify with the doctor office to make an appointment and they always tell me they do not take Ambetter insurance. I have filed a grievance with Ambetter last week and I'm not holding my breath. I just found out by calling my doctor of 5 years they can't see me because they no longer take the garbage Ambetter insurance for 2022. Ambetter never notified me of my PCP that they weren't in network anymore. I would have never signed up with this garbage insurance had I been notified. Now I'm unable to see my doctor. I pay over $700 a month for Healthcare insurance with Ambetter and I will never ever sign with them again!!!! Forget about customer service helping you......you'll be lucky to even be connected to a person in America when you call. Hands down Ambetter is the most disgusting Healthcare insurance provider ever!!!! How they operate their shit playing with people's life's and just getting richer should be fucking criminal. STAY AWAY FROM AMBETTER HEALTH INSURANCE!!!!!

⬆ 1 ⬇   💬 Reply   Share   Report   Save   Follow

*Figure 20: Excerpt from Reddit Thread*

[293] See https://www.reddit.com/r/Insurance/comments/iay1ie/thoughts_and_reviews_on_the_ambetter_health/(last visited December 30, 2022).

They can also be found on Google Maps:



*Figure 21: Excerpt from Google Maps*

In short, while this list of complaints is not exhaustive, in addition to the downward bias in assessing concerns about Superior HealthPlan, relying on the Superior HealthPlan complaint log by itself misrepresents the degree of consumer concerns about inaccurate provider directories. Indeed, the relevant academic literature makes it clear that health insurance customers underreport their complaints, and when they do report them, they do not also do so to the insurer, and if they do, they may very well not do so in a manner in which the insurance company would categorize it as a complaint.

The questionable business practices at Superior HealthPlan are also well-represented in the news media including, only since September 2, 2022:

> Centene agreed to a $44.4 million settlement with Iowa to resolve allegations that it overbilled the state's Medicaid program for pharmacy benefits and services.[294]
>
> Centene will pay Oregon $17 million to settle allegations the payer overcharged the state's Medicaid program for pharmaceutical services. [295]

---

[294] DeSilva, H. (2022, December 28). Centene in the Headlines: 37 Updates in 60 Days. *Becker's ASC Review*.
[295] Id.

Centene delivered "unacceptable" performance for its Medicaid managed care contract for Illinois foster youths, an investigation from the Illinois Answers Project found. [296]

Illinois insurance regulators fined Centene subsidiary Celtic Insurance Co. $1.25 million for allegedly failing to cover mental health and addiction services at the same level as other medical issues. [297]

Centene agreed to pay $14.2 million to settle allegations it overbilled Massachusetts' state Medicaid programs for pharmacy services. [298]

Centene agreed to pay Texas $165.6 million to settle the state's investigation into whether the payer violated Medicaid fraud laws. [299].

Lastly, I note that the analysis of "non-contracted providers"[300] in my initial report served as a stark example of Superior HealthPlan's failure to maintain accurate provider directories because they consistently included thousands of providers in the provider directories they presented to consumers which they already had acknowledged as not-participating in their network during claims processing. For convenience, I combined the annual data presented in the Initial Report here:

*Table 4: Superior HealthPlan's Contracted and Non-Contracted Providers*

| Year Month | Unique Practitioners | NON-Contracted | Percentage NON-Contracted |
|---|---|---|---|
| 2016 | ■■■■ | ■■ | 2% |
| 2017 | ■■■■ | ■■■ | 8% |

[296] Id.
[297] Id.
[298] Id.
[299] Id.
[300] As I note in my Initial Report, "I deemed every practitioner who was deemed "contracted" at least once in a given month as contracted for the entire month," making this a conservative estimate.

61

| | | | |
|---|---|---|---|
| 2018 | ■■■■ | ■■■■ | 3% |
| 2019 | ■■■■ | ■■■■ | 7% |
| 2020 | ■■■■ | ■■■■ | 6% |
| 2021 | ■■■■ | ■■■■ | 6% |

For reference, I include a composite table from my Initial Report that includes the annual levels of inaccuracies.

*Table 5: Composite Table of Provider Directory Analyses from Initial Report (Tables 12-17)*

| Month Year | Unique Practitioners | Contracted | NON-Contracted | NON-Contracted Year | No Claims | No Claims Year | NON-Contracted Year + No Claims Year | Percentage of Providers Listed but not Active Part of Network |
|---|---|---|---|---|---|---|---|---|
| **2016** | ■■ | ■■ | | ■■ | | ■■ | ■■ | 73% |
| 2017 | ■■ | ■■ | | ■■ | | ■■ | ■■ | 57% |
| 2018 | ■■ | ■■ | | ■■ | | ■■ | ■■ | 53% |
| **2019** | ■■ | ■■ | | ■■ | | ■■ | ■■ | 48% |
| 2020 | ■■ | ■■ | | ■■ | | ■■ | ■■ | 55% |
| **2021** | ■■ | ■■ | | ■■ | | ■■ | ■■ | 51% |

# Conclusion

I diligently review Mr. Hoyt's report based on my expertise in health services research and consulted additional pertinent literature, as appropriate. The criticisms put forth by Mr. Hoyt are flawed and misleading, generally unsubstantiated by scientific evidence, and do not, with one exception, lead me to change my expert opinions in this case.

Based on the analyses presented in my Initial Report as well as the analyses presented here, I conclude that:

1. The Centene provider network lists for its Ambetter policy published on the ACA Marketplace in Texas are the same ones used by all policyholders in the State of Texas.

That is, there is only one network list provided to all Ambetter Policyholders no matter where they live in the State of Texas.

2. On a monthly basis, the Centene provider network directory published for Ambetter Policyholders contains on average 49% practitioners who are not active network participants. The monthly averages range from 39% and 68%. That is, a large number of providers listed in Centene's provider directory are not actively providing medical care to Texas Ambetter consumers.

3. A portion of every Ambetter policyholders' premium represents payment for availability of the providers published as the Ambetter provider network. To the extent that published list is inaccurate, each policyholder has been overcharged for their premium.

4. The health economics literature has established a relationship between network size and overall premium. That is, the value of the benefit is proportional to the premium and it has been determined that every 1% change in network size is associate with a 0.29% change in policy premium.

5. The foregoing network inaccuracies translate to a gross premium overcharge paid by Class members calculated to range between $204,080,048 and $1,201,804,708.

All of my opinions expressed herein are to a reasonable degree of professional and economic certainty based on the information known and available to me as of the date of this report. I reserve the right to amend my opinions should additional information become known, or to the extent it is necessary to respond to any opinions offered by any other party or witness to this litigation.

63

# References

Abdus, S., Hudson, J., Hill, S. C., & Selden, T. M. (2014). Children's Health Insurance Program Premiums Adversely Affect Enrollment, Especially Among Lower-Income Children. *Health Affairs*, *33*(8), 1353-1360.

Anthem. (2019). *What to Know About Narrow Networks*. Anthem. https://www.anthem.com/blog/living-healthy/your-health-care/narrow-networks/

Artiga, S., & O'Malley, M. (2005). Increasing Premiums and Cost Sharing in Medicaid and SCHIP: Recent State Experiences. *Washington, DC: Kaiser Commission on Medicaid and the Uninsured*.

Atwood, A., & Sasso, A. T. L. (2016). The Effect of Narrow Provider Networks on Health Care Use. *Journal of Health Economics*, *50*, 86-98.

Avera Health Plans. (2022). *Debunking Myths About Narrow Network Health Plans*. Avera Health Plans. https://www.averahealthplans.com/insurance/blog/debunking-myths-narrow-network-health-plans/

Bartholomae, S., Russell, M. B., Braun, B., & McCoy, T. (2016). Building Health Insurance Literacy: Evidence from the Smart Choice Health Insurance™ Program. *Journal of Family and Economic Issues*, *37*(2), 140-155.

Blumberg, L. J., Long, S. K., Kenney, G. M., & Goin, D. (2013). *Public Understanding of Basic Health Insurance Concepts on the Eve of Health Reform*.

Brown, H., Prisuta, R., Campbell, A., & Jacobs, B. (2004). *Literacy of Older Adults In America: Results From The National Adult Literary Survey*. DIANE Publishing.

Burman, A. (2021). Laying Ghost Networks to Rest: Combatting Deceptive Health Plan Provider Directories. *Yale Law & Policy Review*, *40*(1), 78-148.

Burman, A., & Haeder, S. F. (2022a). Directory Accuracy and Timely Access to in Maryland's Medicaid Managed Care Program. *Journal of Health Care for the Poor and Underserved* *33*(2), 597-611.

Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

Busch, S. H., & Kyanko, K. A. (2020). Incorrect Provider Directories Associated With Out-Of-Network Mental Health Care And Outpatient Surprise Bills. *Health Affairs*, *39*(6), 975-983.

Corlette, S., Volk, J., Berenson, R., & Feder, J. (2014). *Narrow Provider Networks in New Health Plans: Balancing Affordability with aAccess to Quality Care*. Georgetown University Health Policy Institute.

Dafny, L., Hendel, I., & Wilson, N. (2015). Narrow Networks on the Health Insurance Exchanges: What Do They Look Like and How Do They Affect Pricing? A Case Study of Texas. *American Economic Review*, *105*(5), 110-114.

Dafny, L. S., Hendel, I., Marone, V., & Ody, C. (2017). Narrow Networks on the Health Insurance Marketplaces: Prevalence, Pricing, and the Cost of Network Breadth. *Health Affairs*, *36*(9), 1606-1614.

DeSilva, H. (2022, December 28). Centene in the Headlines: 37 Updates in 60 Days. *Becker's ASC Review*.

Drake, C. (2019). What Are Consumers Willing to Pay for a Broad Network Health Plan?: Evidence from Covered California. *Journal of Health Economics*, *65*, 63-77.

Ericson, K. M., & Starc, A. (2015). Measuring Consumer Valuation of LImited Provider Networks. *American Economic Review*, *105*(5), 115-119.

Findlay, S. (2018, November 1). In Search Of Insurance Savings, Consumers Can Get Unwittingly Wedged Into Narrow-Network Plans. *Kaiser Health News*. https://khn.org/news/in-search-of-insurance-savings-consumers-can-get-unwittingly-wedged-into-narrow-network-plans/

Graves, J. A., Nshuti, L., Everson, J., Richards, M., Buntin, M., Nikpay, S., Zhou, Z., & Polsky, D. (2020). Breadth and Exclusivity of Hospital and Physician Networks in US Insurance Markets. *JAMA Network Open*, *3*(12), e2029419-e2029419.

Gresenz, C. R., Edgington, S. E., Laugesen, M. J., & Escarce, J. J. (2013). Income Eligibility Thresholds, Premium Contributions, and Children's Coverage Outcomes: A Study of CHIP Expansions. *Health Services Research*, *48*(2pt2), 884-904.

Gunja, M. Z., Collins, S. R., Doty, M. M., & Beutel, S. (2016). *Americans' Experiences with ACA Marketplace Coverage: Affordability and Provider Network Satisfaction*. Commonwealth Fund.

Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

Haeder, S. F. (2022, September 30). *Expert Report of Simon F. Haeder, PhD, MPA*.

Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2016). Secret Shoppers Find Access To Providers And Network Accuracy Lacking For Those In Marketplace And Commercial Plans. *Health Affairs*, *35*(7), 1160-1166. https://doi.org/10.1377/hlthaff.2015.1554

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019b). A Knotty Problem: Consumer Access and the Regulation of Provider Networks. *Journal of Health Politics, Policy and Law*, *44*(6), 937-954. https://doi.org/10.1215/03616878-7785835

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

Hamlyn, G. S., Hutchins, K. E., Johnston, A. L., Thomas, R. T., Tian, J., & Kamal, A. H. (2016). Accessibility and Barriers to Oncology Appointments at 40 National Cancer Institute–Designated Comprehensive Cancer Centers: Results of a Mystery Shopper Project. *Journal of oncology practice*, *12*(10), e884-e900.

Heinrich, C. J. (2016). The Bite of Administrative Burden: A Theoretical and Empirical Investigation. *Journal of Public Administration Research and Theory*, *26*(3), 403-420.

Herd, P. (2015). How Administrative Burdens Are Preventing Access to Critical Income Supports For Older Adults: The Case of the Supplemental Nutrition Assistance Program. *Public Policy & Aging Report*, *25*(2), 52-55.

Herd, P., & Moynihan, D. (2020). Administrative Burdens in Health Policy. *Journal of Health & Human Services Administration*, *43*(1).

Higuera, L., Carlin, C. S., & Dowd, B. (2018). Narrow Provider Networks and Willingness to Pay for Continuity of Care and Network Breadth. *Journal of Health Economics*, *60*, 90-97.

Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.*

Hub, R. H. I. (2022). *Health Professional Shortage Areas: Primary Care, by County, 2022*.

Rural Health Information Hub. https://www.ruralhealthinfo.org/charts/5?state=TX

Humana. (2022). *Debunking the Myths About "Narrow Networks"*. Humana.

Kim, J., Braun, B., & Williams, A. D. (2013). Understanding Health Insurance Literacy: A

Literature Review. *Family and Consumer Sciences Research Journal*, *42*(1), 3-13.

Kindig, D. A., Panzer, A. M., & Nielsen-Bohlman, L. (2004). *Health Literacy: A Prescription to

End Confusion*. National Academies Press.

Kronebusch, K., & Elbel, B. (2004a). Enrolling Children in Public Insurance: SCHIP, Medicaid,

and State Implementation. *Journal of Health Politics, Policy and Law*, *29*(3), 451-490.

Kronebusch, K., & Elbel, B. (2004b). Simplifying Children's Medicaid and SCHIP. *Health

Affairs*, *23*(3), 233-246.

Kutner, M., Greenburg, E., Jin, Y., & Paulsen, C. (2006). The Health Literacy of America's

Adults: Results from the 2003 National Assessment of Adult Literacy. NCES 2006-483.

*National Center for Education Statistics*.

Land, D. (2019, September 16). Remedy To Texas Doctor Shortage Unlikely Anytime Soon.

*Houston Public Media*. https://www.houstonpublicmedia.org/articles/news/health-

science/2019/09/16/346203/remedy-to-texas-doctor-nurse-and-dentist-shortage-unlikely-

anytime-soon-state-says/

Liazon. (2014). *Medical Plan Preferences in an Environment of Choice*. Premier Benefit Plans,

Inc.

Liebert, S., & Ameringer, C. F. (2013). The Health Care Safety Net and the Affordable Care Act:

Implications for Hispanic Immigrants. *Public Administration Review*, *73*(6), 810-820.

https://doi.org/10.1111/puar.12147

Loewenstein, G., Friedman, J. Y., McGill, B., Ahmad, S., Linck, S., Sinkula, S., Beshears, J., Choi, J. J., Kolstad, J., & Laibson, D. (2013). Consumers' Misunderstanding of Health Insurance. *Journal of Health Economics*, *32*(5), 850-862.

Long, S. K., & Goin, D. (2014). *Large Racial and Ethnic Differences in Health Insurance Literacy Signal Need for Targeted Education And Outreach*. Urban Institute.

Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

Malowney, M., Keltz, S., Fischer, D., & Boyd, J. W. (2015). Availability of Outpatient Care From Psychiatrists: A Simulated-Patient Study in Three US Cities. *Psychiatric Services*, *66*(1), 94-96.

Martin, L. T., & Parker, R. M. (2011). Insurance Expansion and Health Literacy. *Journal of the American Medical Association*, *306*(8), 874-875.

Mazurenko, O., Taylor, H. L., & Menachemi, N. (2022). The Impact of Narrow and Tiered Networks on Costs, Access, Quality, and Patient Steering: A Systematic Review. *Medical Care Research and Review*, *79*(5), 607-617.

McCormack, L., Bann, C., Uhrig, J., Berkman, N., & Rudd, R. (2009). Health Insurance Literacy of Older Adults. *Journal of Consumer Affairs*, *43*(2), 223-248.

Melnikow, J., Evans, E., Xing, G., Durbin, S., Ritley, D., Daniels, B., & Woodworth, L. (2020). Primary Care Access to New Patient Appointments for California Medicaid Enrollees: A Simulated Patient Study. *Annals of Family Medicine*, *18*(3), 210-217.

Miller, P. (2015, April 27). Report: Serious Physician Shortages Beset Most Texas Counties. *AMN Healthcare*. https://www.amnhealthcare.com/amn-insights/news/texas-physician-shortages/

Moffitt, R. A. (2002). *From Welfare to Work: What the Evidence Shows*. The Brookings Institution.

Ndumele, C. D., Staiger, B., Ross, J. S., & Schlesinger, M. J. (2018). Network Optimization And The Continuity Of Physicians In Medicaid Managed Care. *Health Affairs*, *37*(6), 929-935.

Oversight, C. f. C. I. I. (2017). *2018 Letter to Issuers in the Federally-facilitated Marketplaces*. Centers for Medicare & Medicaid Services.

Owens, O. L., Beer, J. M., Revels, A. A., & White, K. (2021). The Lived Experiences of Older Low-Income African Americans Living Alone: Implications for Aging in Place in the United States. *Journal of Aging and Environment*, *35*(1), 42-61.

Petri, B. (2021, November 17). Texas Primary Care Doctor Shortage Spikes During the Pandemic; Rural Texans Hit Hardest. *Texas Public Radio*. https://www.tpr.org/public-health/2021-11-17/texas-primary

Polsky, D., Cidav, Z., & Swanson, A. (2016). Marketplace Plans With Narrow Physician Networks Feature Lower Monthly Premiums Than Plans With Larger Networks. *Health Affairs*, *35*(10), 1842-1848.

Polsky, D., & Weiner, J. (2015). *The Skinny on Narrow Networks in Health Insurance Marketplace Plans*.

Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health Services Research*, *56*(1), 16-24.

71

Reinhardt, U. E. (2019). *Priced Out: The Economic and Ethical Costs of American Health Care*. Princeton University Press.

Resneck, J. S., Quiggle, A., Liu, M., & Brewster, D. W. (2014). The Accuracy of Dermatology Network Physician Directories Posted by Medicare Advantage Health Plans in an Era of Narrow Networks. *JAMA dermatology*, *150*(12), 1290-1297.

RMC Group. (2020). *Reducing Costs with Narrow Network Health Insurance: What Employers Need to Know*. RMC Group. https://rmcgp.com/2020/08/17/reducing-costs-with-narrow-network-health-insurance/

Saloner, B., Hochhalter, S., & Sabik, L. (2016). Medicaid and CHIP Premiums and Access To Care: A Systematic Review. *Pediatrics*, *137*(3).

Sanger-Katz, M. (2014, July 29). A Health Trade-Off That's Here to Stay: Lower Cost, Limited Choice. *New York Times*. https://www.nytimes.com/2014/07/30/upshot/why-health-insurance-plans-with-narrow-networks-are-here-to-stay.html

Texas Hospital Association. (2022). *A Workforce in Peril: Shortages Threaten Patient Care*. Texas Hospital Association. https://www.tha.org/wp-content/uploads/2022/07/Workforce-in-Peril_Shortages-Threaten-Patient-Care.pdf

Tipirneni, R., Rhodes, K. V., Hayward, R. A., Lichtenstein, R. L., Choi, H., Reamer, E. N., & Davis, M. M. (2016). Primary Care Appointment Availability and Nonphysician Providers One Year After Medicaid Expansion. *American Journal of Managed Care*, *22*(6), 427-431.

van den Broek-Altenburg, E. M., & Atherly, A. J. (2020). Patient Preferences for Provider Choice: A Discrete Choice Experiment. *American Journal of Managed Care*, *26*(7), 219-224.

Waddill, K. (2019, September 27). Payers May Shrink Provider Networks to Lower Healthcare Spending. *HealthPayer Intelligence*. https://healthpayerintelligence.com/news/payers-may-shrink-provider-networks-to-lower-healthcare-spending

Wellmark. (2022). *What is a Narrow Network?* Wellmark. https://www.wellmark.com/blue/plan-smart/what-is-a-narrow-network

Wickizer, T. M., & Feldstein, P. J. (1995). The Impact of HMO Competition on Private Health Insurance Premiums, 1985—1992. *Inquiry*, *32*(3), 241-251.

Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

Zwanziger, J., & Melnick, G. A. (1988). The Effects of Hospital Competition and the Medicare PPS Program on Hospital Cost Behavior in California. *Journal of Health Economics*, *7*(4), 301-320.

Zwanziger, J., Melnick, G. A., & Bamezai, A. (2000). The Effect of Selective Contracting on Hospital Costs and Revenues. *Health Services Research*, *35*(4), 849.


Abdus, S., Hudson, J., Hill, S. C., & Selden, T. M. (2014). Children's Health Insurance Program Premiums Adversely Affect Enrollment, Especially Among Lower-Income Children. *Health Affairs*, *33*(8), 1353-1360.

Anthem. (2019). *What to Know About Narrow Networks*. Anthem.

https://www.anthem.com/blog/living-healthy/your-health-care/narrow-networks/

Artiga, S., & O'Malley, M. (2005). Increasing Premiums and Cost Sharing in Medicaid and

SCHIP: Recent State Experiences. *Washington, DC: Kaiser Commission on Medicaid and the Uninsured*.

Atwood, A., & Sasso, A. T. L. (2016). The Effect of Narrow Provider Networks on Health Care

Use. *Journal of Health Economics*, *50*, 86-98.

Avalere Health. (2022). *Impact of Individual Coverage Health Reimbursement Arrangements on

Employees with Group Health Coverage*. Avalere Health. https://avalere.com/wp-content/uploads/2022/02/ICHRA-Whitepaper.pdf

Avera Health Plans. (2022). *Debunking Myths About Narrow Network Health Plans*. Avera

Health Plans. https://www.averahealthplans.com/insurance/blog/debunking-myths-narrow-network-health-plans/

Bartholomae, S., Russell, M. B., Braun, B., & McCoy, T. (2016). Building Health Insurance

Literacy: Evidence from the Smart Choice Health Insurance™ Program. *Journal of Family and Economic Issues*, *37*(2), 140-155.

Blumberg, L. J., Long, S. K., Kenney, G. M., & Goin, D. (2013). *Public Understanding of Basic

Health Insurance Concepts on the Eve of Health Reform*.

Brown, H., Prisuta, R., Campbell, A., & Jacobs, B. (2004). *Literacy of Older Adults In America:

Results From The National Adult Literary Survey*. DIANE Publishing.

Burman, A. (2021). Laying Ghost Networks to Rest: Combatting Deceptive Health Plan Provider

Directories. *Yale Law & Policy Review*, *40*(1), 78-148.

Burman, A., & Haeder, S. F. (2022a). Directory Accuracy and Timely Access to in Maryland's Medicaid Managed Care Program. *Journal of Health Care for the Poor and Underserved* *33*(2), 597-611.

Burman, A., & Haeder, S. F. (2022b). Provider Directory Accuracy and Timely Access to Mammograms in California. *Women & Health*, *62*(5), 421-429. https://doi.org/10.1080/03630242.2022.2083284

Busch, S. H., & Kyanko, K. A. (2020). Incorrect Provider Directories Associated With Out-Of-Network Mental Health Care And Outpatient Surprise Bills. *Health Affairs*, *39*(6), 975-983.

Center for Consumer Information & Insurance Oversight. (2017). *2018 Letter to Issuers in the Federally-facilitated Marketplaces*. Centers for Medicare & Medicaid Services.

Corlette, S., Volk, J., Berenson, R., & Feder, J. (2014). *Narrow Provider Networks in New Health Plans: Balancing Affordability with aAccess to Quality Care*. Georgetown University Health Policy Institute.

Dafny, L., Hendel, I., & Wilson, N. (2015). Narrow Networks on the Health Insurance Exchanges: What Do They Look Like and How Do They Affect Pricing? A Case Study of Texas. *American Economic Review*, *105*(5), 110-114.

Dafny, L. S., Hendel, I., Marone, V., & Ody, C. (2017). Narrow Networks on the Health Insurance Marketplaces: Prevalence, Pricing, and the Cost of Network Breadth. *Health Affairs*, *36*(9), 1606-1614.

DeSilva, H. (2022, December 28). Centene in the Headlines: 37 Updates in 60 Days. *Becker's ASC Review*.

Drake, C. (2019). What Are Consumers Willing to Pay for a Broad Network Health Plan?: Evidence from Covered California. *Journal of Health Economics*, *65*, 63-77.

Ericson, K. M., & Starc, A. (2015). Measuring Consumer Valuation of LImited Provider Networks. *American Economic Review*, *105*(5), 115-119.

Findlay, S. (2018, November 1). In Search Of Insurance Savings, Consumers Can Get Unwittingly Wedged Into Narrow-Network Plans. *Kaiser Health News*. https://khn.org/news/in-search-of-insurance-savings-consumers-can-get-unwittingly-wedged-into-narrow-network-plans/

Graves, J. A., Nshuti, L., Everson, J., Richards, M., Buntin, M., Nikpay, S., Zhou, Z., & Polsky, D. (2020). Breadth and Exclusivity of Hospital and Physician Networks in US Insurance Markets. *JAMA Network Open*, *3*(12), e2029419-e2029419.

Gresenz, C. R., Edgington, S. E., Laugesen, M. J., & Escarce, J. J. (2013). Income Eligibility Thresholds, Premium Contributions, and Children's Coverage Outcomes: A Study of CHIP Expansions. *Health Services Research*, *48*(2pt2), 884-904.

Gunja, M. Z., Collins, S. R., Doty, M. M., & Beutel, S. (2016). *Americans' Experiences with ACA Marketplace Coverage: Affordability and Provider Network Satisfaction*. Commonwealth Fund.

Haeder, S. F. (2019). A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State. *World Medical & Health Policy*, *11*(3), 212-230. https://doi.org/10.1002/wmh3.309

Haeder, S. F. (2020). Quality Advantage? Provider Quality and Networks in Medicare Advantage. *Journal of Public and Nonprofit Affairs*, *6*(2), 138-158. https://doi.org/10.20899/jpna.6.2.138-158

Haeder, S. F. (2022, September 30). *Expert Report of Simon F. Haeder, PhD, MPA*.

Haeder, S. F., & Burman, A. (2022). Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California. *Journal of Health Politics, Policy and Law*, *47*(3), 319-349.

Haeder, S. F., Burman, A., & Xu, W. Y. (Forthcoming). Provider Directory Inaccuracy and Timely Access for Mental Health Care. *American Journal of Managed Care*.

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2016). Secret Shoppers Find Access To Providers And Network Accuracy Lacking For Those In Marketplace And Commercial Plans. *Health Affairs*, *35*(7), 1160-1166. https://doi.org/10.1377/hlthaff.2015.1554

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019a). A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace. *Health Affairs*, *38*(11), 1918-1926. https://doi.org/10.1377/hlthaff.2019.00116

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2019b). A Knotty Problem: Consumer Access and the Regulation of Provider Networks. *Journal of Health Politics, Policy and Law*, *44*(6), 937-954. https://doi.org/10.1215/03616878-7785835

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020a). Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers. *Journal of Health Politics, Policy and Law*, *45*(6), 1107-1136. https://doi.org/10.1215/03616878-8641591

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2020b). Integrating Travel Distance Into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Marketplace. *SAGE Research Methods Cases: Medicine and Health*. https://doi.org/10.4135/9781529723021

77

Haeder, S. F., Weimer, D. L., & Mukamel, D. B. (2021). Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere). *World Medical & Health Policy*. https://doi.org/10.1002/wmh3.466

Hamlyn, G. S., Hutchins, K. E., Johnston, A. L., Thomas, R. T., Tian, J., & Kamal, A. H. (2016). Accessibility and Barriers to Oncology Appointments at 40 National Cancer Institute–Designated Comprehensive Cancer Centers: Results of a Mystery Shopper Project. *Journal of oncology practice*, *12*(10), e884-e900.

Heinrich, C. J. (2016). The Bite of Administrative Burden: A Theoretical and Empirical Investigation. *Journal of Public Administration Research and Theory*, *26*(3), 403-420.

Herd, P. (2015). How Administrative Burdens Are Preventing Access to Critical Income Supports For Older Adults: The Case of the Supplemental Nutrition Assistance Program. *Public Policy & Aging Report*, *25*(2), 52-55.

Herd, P., & Moynihan, D. (2020). Administrative Burdens in Health Policy. *Journal of Health & Human Services Administration*, *43*(1).

Higuera, L., Carlin, C. S., & Dowd, B. (2018). Narrow Provider Networks and Willingness to Pay for Continuity of Care and Network Breadth. *Journal of Health Economics*, *60*, 90-97.

Hoyt, B. (2015). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

Hoyt, B. (2018). *Provider Directories: Litigation, Regulatory, and Operational Challenges*. Berkeley Research Group.

Hoyt, B. (2022, December 5). *Expert Report of Bryan E. Hoyt on Behalf of Defendants.*

Hub, R. H. I. (2022). *Health Professional Shortage Areas: Primary Care, by County, 2022*. Rural Health Information Hub. https://www.ruralhealthinfo.org/charts/5?state=TX

Humana. (2022). *Debunking the Myths About "Narrow Networks"*. Humana.

Kim, J., Braun, B., & Williams, A. D. (2013). Understanding Health Insurance Literacy: A Literature Review. *Family and Consumer Sciences Research Journal*, *42*(1), 3-13.

Kindig, D. A., Panzer, A. M., & Nielsen-Bohlman, L. (2004). *Health Literacy: A Prescription to End Confusion*. National Academies Press.

Kronebusch, K., & Elbel, B. (2004a). Enrolling Children in Public Insurance: SCHIP, Medicaid, and State Implementation. *Journal of Health Politics, Policy and Law*, *29*(3), 451-490.

Kronebusch, K., & Elbel, B. (2004b). Simplifying Children's Medicaid and SCHIP. *Health Affairs*, *23*(3), 233-246.

Kutner, M., Greenburg, E., Jin, Y., & Paulsen, C. (2006). The Health Literacy of America's Adults: Results from the 2003 National Assessment of Adult Literacy. NCES 2006-483. *National Center for Education Statistics*.

Land, D. (2019, September 16). Remedy To Texas Doctor Shortage Unlikely Anytime Soon. *Houston Public Media*. https://www.houstonpublicmedia.org/articles/news/health-science/2019/09/16/346203/remedy-to-texas-doctor-nurse-and-dentist-shortage-unlikely-anytime-soon-state-says/

Liazon. (2014). *Medical Plan Preferences in an Environment of Choice*. Premier Benefit Plans, Inc.

Liebert, S., & Ameringer, C. F. (2013). The Health Care Safety Net and the Affordable Care Act: Implications for Hispanic Immigrants. *Public Administration Review*, *73*(6), 810-820. https://doi.org/10.1111/puar.12147

Loewenstein, G., Friedman, J. Y., McGill, B., Ahmad, S., Linck, S., Sinkula, S., Beshears, J., Choi, J. J., Kolstad, J., & Laibson, D. (2013). Consumers' Misunderstanding of Health Insurance. *Journal of Health Economics*, *32*(5), 850-862.

Long, S. K., & Goin, D. (2014). *Large Racial and Ethnic Differences in Health Insurance Literacy Signal Need for Targeted Education And Outreach*. Urban Institute.

Ludomirsky, A. B., Schpero, W. L., Wallace, J., Lollo, A., Bernheim, S., Ross, J. S., & Ndumele, C. D. (2022). In Medicaid Managed Care Networks, Care Is Highly Concentrated Among A Small Percentage Of Physicians: Study examines the availability of physicians in Medicaid managed care networks. *Health Affairs*, *41*(5), 760-768.

Malowney, M., Keltz, S., Fischer, D., & Boyd, J. W. (2015). Availability of Outpatient Care From Psychiatrists: A Simulated-Patient Study in Three US Cities. *Psychiatric Services*, *66*(1), 94-96.

Martin, L. T., & Parker, R. M. (2011). Insurance Expansion and Health Literacy. *Journal of the American Medical Association*, *306*(8), 874-875.

Mazurenko, O., Taylor, H. L., & Menachemi, N. (2022). The Impact of Narrow and Tiered Networks on Costs, Access, Quality, and Patient Steering: A Systematic Review. *Medical Care Research and Review*, *79*(5), 607-617.

McCormack, L., Bann, C., Uhrig, J., Berkman, N., & Rudd, R. (2009). Health Insurance Literacy of Older Adults. *Journal of Consumer Affairs*, *43*(2), 223-248.

Miller, P. (2015, April 27). Report: Serious Physician Shortages Beset Most Texas Counties. *AMN Healthcare*. https://www.amnhealthcare.com/amn-insights/news/texas-physician-shortages/

Moffitt, R. A. (2002). *From Welfare to Work: What the Evidence Shows*. The Brookings
    Institution.

Ndumele, C. D., Staiger, B., Ross, J. S., & Schlesinger, M. J. (2018). Network Optimization And
    The Continuity Of Physicians In Medicaid Managed Care. *Health Affairs*, *37*(6), 929-
    935.

Owens, O. L., Beer, J. M., Revels, A. A., & White, K. (2021). The Lived Experiences of Older
    Low-Income African Americans Living Alone: Implications for Aging in Place in the
    United States. *Journal of Aging and Environment*, *35*(1), 42-61.

Petri, B. (2021, November 17). Texas Primary Care Doctor Shortage Spikes During the
    Pandemic; Rural Texans Hit Hardest. *Texas Public Radio*. https://www.tpr.org/public-
    health/2021-11-17/texas-primary

Polsky, D., Candon, M. K., Chatterjee, P., & Chen, X. (2018). Scope of Primary Care
    Physicians' Participation in the Health Insurance Marketplaces. *Health Affairs*, *37*(8),
    1252-1256.

Polsky, D., Cidav, Z., & Swanson, A. (2016). Marketplace Plans With Narrow Physician
    Networks Feature Lower Monthly Premiums Than Plans With Larger Networks. *Health
    Affairs*, *35*(10), 1842-1848.

Polsky, D., & Weiner, J. (2015). *The Skinny on Narrow Networks in Health Insurance
    Marketplace Plans*.

Polsky, D., & Wu, B. (2021). Provider Networks and Health Plan Premium Variation. *Health
    Services Research*, *56*(1), 16-24.

Reinhardt, U. E. (2019). *Priced Out: The Economic and Ethical Costs of American Health Care*.
    Princeton University Press.

Resneck, J. S., Quiggle, A., Liu, M., & Brewster, D. W. (2014). The Accuracy of Dermatology Network Physician Directories Posted by Medicare Advantage Health Plans in an Era of Narrow Networks. *JAMA dermatology*, *150*(12), 1290-1297.

RMC Group. (2020). *Reducing Costs with Narrow Network Health Insurance: What Employers Need to Know*. RMC Group. https://rmcgp.com/2020/08/17/reducing-costs-with-narrow-network-health-insurance/

Saloner, B., Hochhalter, S., & Sabik, L. (2016). Medicaid and CHIP Premiums and Access To Care: A Systematic Review. *Pediatrics*, *137*(3).

Sanger-Katz, M. (2014, July 29). A Health Trade-Off That's Here to Stay: Lower Cost, Limited Choice. *New York Times*. https://www.nytimes.com/2014/07/30/upshot/why-health-insurance-plans-with-narrow-networks-are-here-to-stay.html

Texas Hospital Association. (2022). *A Workforce in Peril: Shortages Threaten Patient Care*. Texas Hospital Association. https://www.tha.org/wp-content/uploads/2022/07/Workforce-in-Peril_Shortages-Threaten-Patient-Care.pdf

Tipirneni, R., Rhodes, K. V., Hayward, R. A., Lichtenstein, R. L., Choi, H., Reamer, E. N., & Davis, M. M. (2016). Primary Care Appointment Availability and Nonphysician Providers One Year After Medicaid Expansion. *American Journal of Managed Care*, *22*(6), 427-431.

van den Broek-Altenburg, E. M., & Atherly, A. J. (2020). Patient Preferences for Provider Choice: A Discrete Choice Experiment. *American Journal of Managed Care*, *26*(7), 219-224.

82

Waddill, K. (2019, September 27). Payers May Shrink Provider Networks to Lower Healthcare Spending. *HealthPayer Intelligence*. https://healthpayerintelligence.com/news/payers-may-shrink-provider-networks-to-lower-healthcare-spending

Wellmark. (2022). *What is a Narrow Network?* Wellmark. https://www.wellmark.com/blue/plan-smart/what-is-a-narrow-network

Wickizer, T. M., & Feldstein, P. J. (1995). The Impact of HMO Competition on Private Health Insurance Premiums, 1985—1992. *Inquiry*, *32*(3), 241-251.

Zhu, J. M., Charlesworth, C. J., Polsky, D., Levy, A., Dobscha, S. K., & McConnell, K. J. (2022). Characteristics of Specialty Mental Health Provider Networks in Oregon Medicaid. *Psychiatric Services*, appi. ps. 202100623.

Zhu, J. M., Charlesworth, C. J., Polsky, D., & McConnell, K. J. (2022). Phantom Networks: Discrepancies Between Reported And Realized Mental Health Care Access In Oregon Medicaid: Study examines phantom networks of mental health care providers in Oregon Medicaid. *Health Affairs*, *41*(7), 1013-1022.

Zwanziger, J., & Melnick, G. A. (1988). The Effects of Hospital Competition and the Medicare PPS Program on Hospital Cost Behavior in California. *Journal of Health Economics*, *7*(4), 301-320.

Zwanziger, J., Melnick, G. A., & Bamezai, A. (2000). The Effect of Selective Contracting on Hospital Costs and Revenues. *Health Services Research*, *35*(4), 849.

# APPENDIX A

# SIMON F. HAEDER

Associate Professor of Public Health
Texas A&M University
School of Public Health
Department of Health Policy and Management
sfhaeder@tamu.edu
@SimonFHaeder
ORCID 0000-0003-0077-6047

## APPOINTMENTS & EDUCATION

| | |
|---|---|
| **Associate Professor** | **Texas A&M University**, July 2022-<br>School of Public Health<br>Department of Health Policy & Management |
| **Faculty Affiliate** | **The Pennsylvania State University** July 2019-<br>Center for Health Care and Policy Research |
| **Assistant Professor**<br>Faculty | **The Pennsylvania State University**, July 2019-June 2022<br>School of Public Policy<br>Graduate School |
| **Fellow** | **Robert Wood Johnson Foundation**, 2018-2021<br>Interdisciplinary Research Leaders Program |
| **Assistant Professor** | **West Virginia University**, July 2016-June 2019<br>John D. Rockefeller IV School of Policy & Politics<br>Department of Political Science |
| **Ph.D.** | **University of Wisconsin–Madison**, Political Science, 2016<br>Fields: American Politics, Political Methodology<br>Minor: Applied & Agricultural Economics |
| **M.A.** | **University of Wisconsin–Madison**, Political Science, 2011 |
| **M.P.A.** | **California State University, Fresno**, Public Administration, 2010<br>With Distinction |
| **Fellow** | **University of Oklahoma**, 2007–2008<br>Carl Albert Congressional Research and Studies Center |
| **M.A.** | **California State University, Fresno**, International Relations, 2007<br>With Distinction |
| **B.A.** | **California State University, Fresno**, Political Science, 2006<br>Minor: History; Summa cum laude, Phi Kappa Phi, |
| **A.A.** | **College of the Desert,** Palm Desert, CA Political Science, 2004<br>Summa cum laude |

## ACADEMIC PUBLICATIONS

Haeder, Simon F., Steven Sylvester, and Timothy H. Callaghan. Forthcoming. "More Than Words? How Highlighting Target Populations Affects Public Opinion About the Medicaid Program" Journal of Health Politics, Policy and Law XX(X): XXX-XXX.

Haeder, Simon F., Burman, Abigail, and Wendy Y. Xu. 2023. "Provider Directory Inaccuracy and Timely Access for Mental Health Care" American Journal of Managed Care XX(X): XXX-XXX.

Burman, Abigail and Simon F. Haeder. 2022. "Directory Accuracy and Timely Access to in Mammograms in California." Women & Health 62(5): 421-429.

Haeder, Simon F. and Jacqueline Chattopadhyay. 2022. "The Power of a Tweet? Social Media, Presidential Communication, and the Politics of Health." Presidential Studies Quarterly 52(2): 436-473.

Burman, Abigail and Simon F. Haeder. 2022. "Directory Accuracy and Timely Access to in Maryland's Medicaid Managed Care Program." Journal of Health Care for the Poor and Underserved 33(2): 597-611.

Haeder, Simon F. and Abigail Burman. 2022. "Potemkin Protections: Assessing Provider Directory Accuracy and Timely Access for Four Specialties in California." Journal of Health Politics, Policy and Law 47(3): 319-349.

Haeder, Simon F. Emily Maxfield, Kara Ulmen, and Sara Amadon. 2022. "When A Schools Is More Than Just a School: Improving School-Based Health in the Wake of COVID-19." World Medical & Health Policy 14(1): 150-177.

Callaghan, Timothy H., Simon F. Haeder, Steven Sylvester. 2022. "Past Experiences with Surprise Medical Bills Drive Issue Knowledge, Concern, and Attitudes Towards Federal Policy Intervention." Health Economics, Policy and Law 17(3): 298-331.

Haeder, Simon F. and Susan W. Yackee. 2022. "Handmaidens of the Legislature? Understanding Regulatory Timing." Journal of Public Policy 42(2): 298-322.

   Best Poster Award from the American Political Science Association's Public Administration Section

Sylvester, Steven, Simon F. Haeder, and Timothy H. Callaghan. 2022. "Just Say No? Public Attitudes about Supportive and Punitive Policies to Combat the Opioid Epidemic." Journal of Public Policy 42(2): 270-297.

   Leonard S. Robins Award for the best paper on health politics and policy presented at APSA

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2021. "Mixed Signals: The Inadequacy of Provider-per-Enrollee Ratios for Assessing Network Adequacy in California (and Elsewhere)." World Medical & Health Policy 13(3): 414-435.

Haeder, Simon F. 2021 "Joining the Herd? U.S. Public Opinion and Vaccination Requirements Across Educational Settings During the COVID-19 Pandemic." Vaccine: 39(17): 2375-2385.

Haeder, Simon F., Steven Sylvester, and Timothy H. Callaghan. 2021. "Lingering Legacies: Public Attitudes About Medicaid Beneficiaries and Work Requirements." Journal of Health Politics, Policy and Law 46(2): 305-355.

Haeder, Simon F., Steven Sylvester, and Timothy H. Callaghan. 2021. "Shared Stigma: The Effect of LGBT Status on Attitudes about the Opioid Epidemic." World Medical & Health Policy 13(3): 414-435.

Haeder, Simon F. and Sarah E. Gollust. 2020. "From Poor to Worse: Health Policy and Politics Scholars' Assessment of the U.S. COVID-19 Response and Its Implications." World Medical & Health Policy 12(4): 454-481.

Anderson, Sara A. Caseman, Kelli. Haeder, Simon F. Mathur, Ambika, and Ulmen, Kara. 2020. "When Adolescents are in School during COVID-19, Coordination Between School-Based Health Centers and Education is Key." Journal of Adolescent Health 67(6) 745-746.

Haeder, Simon F. 2020. "Inadequate in the Best of Times: Reevaluating Provider Networks in Light of the Coronavirus Epidemic." *World Medical & Health Policy* 12(3): 282-290.

Haeder, Simon F. and Susan Webb Yackee. 2020. "Out of the Public's Eye? Lobbying the President's Office of Information and Regulatory Affairs." *Interest Groups & Advocacy* 9(3) 410-424.

Haeder, Simon F. and Susan Webb Yackee. 2020. "A Look Under the Hood: Regulatory Policymaking and the Affordable Care Act." *Journal of Health Politics, Policy and Law* 45(5): 771-786.

Haeder, Simon F. and Susan Webb Yackee. 2020. "Policies that Bind? The Use of Guidance Documents by Federal Agencies." *Journal of Health and Human Services Administration* 43(2): 87-100.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2020. "Going the Extra Mile? How Provider Network Design Increases Consumer Travel Distance, Particularly for Rural Consumers." *Journal of Health Politics, Policy and Law* 45(6): 1107-1136.

Haeder, Simon F. 2020. "Quality Advantage? Provider Quality and Networks in Medicare Advantage." *Journal of Public and Nonprofit Affairs* 6(2): 138-158.

Haeder, Simon F. 2020. "Political Science and U.S. Health Policy in the Era of the Affordable Care Act." *Policy Studies Journal* 48(S1): S14-S32.

Carlson, Deven, Simon F. Haeder, Hank Jenkins-Smith, Joseph T. Ripberger, Carol L. Silva, David L. Weimer. 2020. "Monetizing Bowser: A Contingent Valuation of the Statistical Value of Dog Life." *Journal of Benefit-Cost Analysis* 11 (1), 131-149.

　　　Winner, Best Original Article in the *Journal of Benefit-Cost Analysis* in 2020

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2020. "Integrating Travel Distance into Assessments of Provider Networks Using a Dyadic Approach: The Case of California's Affordable Care Act Marketplace." *SAGE Research Methods Cases: Medicine and Health*.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2019. "A Consumer-Centric Approach to Network Adequacy: Access to Four Specialties in California's Marketplace." *Health Affairs* 31(11): 1918-1926.

Haeder, Simon F. 2019. "A Tale of Two Programs: Access to High Quality Providers for Medicare Advantage and Affordable Care Act Beneficiaries in New York State." *World Medical & Health Policy* 11(3): 212-230.

　　　Recognized as a top cited article in *World Medical & Health Policy*

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2019. "A Knotty Problem: Consumer Access and the Regulation of Provider Networks." *Journal of Health Politics, Policy and Law* 44(6): 937-954.

Haeder, Simon F. 2019 "Quality Regulation? Access to High Quality Specialists for Medicare Advantage Beneficiaries in California." *Health Services Research & Managerial Epidemiology* (6).

Haeder, Simon F. 2019. "The Demise of Community Responsibility: Unintended Consequences of Coverage Expansions on California Public Hospitals." *Journal of Health Politics, Policy and Law* 44(2): 173-219.

　　　Second most read article in the *Journal of Health Politics, Policy and Law* in 2019.

Haeder, Simon F. and Susan Webb Yackee. 2018. "Presidentially Directed Policy Change: The Office of Information and Regulatory Affairs as Partisan or Moderator?" *Journal of Public Administration Research and Theory* 28(4): 475-488.

Rocco, Phillip and Simon F. Haeder. 2018. "How Intense Policy Demanders Shape Post-Reform Politics: Evidence from the Affordable Care Act." *Journal of Health Politics, Policy and Law* 43(2): 271-304.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2016. "California Secret Shoppers Find Access To Physicians And Network Accuracy Are Lacking For Those In Marketplace And Commercial Plans ." *Health Affairs* 35(7):  1160-1166.

Haeder, Simon F. and Susan Webb Yackee. 2015. "Influence and the Administrative Process: Lobbying the U.S. President's Office of Management and Budget." *American Political Science Review* 109(3): 507–522.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2015. "Network Adequacy Standards and Health Insurance." *JAMA: The Journal of the American Medical Association* 314(22):2414-2415.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2015. "California Marketplace Hospital Networks Are Narrower Than Commercial Plans, But Access And Quality Are Comparable." *Health Affairs* 34(5): 741–748.

Haeder, Simon F. and David L. Weimer. 2015. "Inching towards Universal Coverage: State-Federal Healthcare Programs in Historical Perspective." *Journal of Policy History* 27(3): 746–770.

Haeder, Simon F., David L. Weimer, and Dana B. Mukamel. 2015. "Narrow Networks and the Affordable Care Act." *JAMA: The Journal of the American Medical Association* 314(7): 669-670.

Haeder, Simon F. and David L. Weimer. 2015. "You Can't Make Me Do It; But I Can Be Persuaded: A Federalism Perspective on the Affordable Care Act." *Journal of Health Politics, Policy and Law*. 40(2): 281–323.

Haeder, Simon F. 2014. "Balancing Adequacy and Affordability? Essential Health Benefits under the Affordable Care Act." *Health Policy* 118(2): 285–291.

Mukamel, Dana B., Simon F. Haeder, and David L. Weimer. 2014. "Top-Down and Bottom-Up Approaches to Health Care Quality: The Impacts of Regulation and Report Cards." *Annual Review of Public Health* 35(1): 477–497.

Haeder, Simon F. 2013. "Making the Affordable Care Act Work: High-Risk Pools and Health Insurance Marketplaces." *The Forum* 11(3): 499–511.

Haeder, Simon F. and David L. Weimer. 2013. "You Can't Make Me Do It: State Implementation of Insurance Exchanges under the Affordable Care Act." *Public Administration Review* 73(s1): S34–S47.

Haeder, Simon F. 2012. "Beyond Path Dependence: Explaining Healthcare Reform and Its Consequences." *Policy Studies Journal* 40(S1): 65–86.

## GRANTS AND CONTRACTS

**Robert Wood Johnson Foundation**. 2022-2023
  Consumer Access Project Supplement
  Principal Investigator
Total Value: $51,438

**Robert Wood Johnson Foundation**. 2022-2023
  Consumer Access Project
  Principal Investigator
  Total Value: $1,061,287

**Commonwealth of Pennsylvania: Insurance Department.** 2021-2022
  Health Insurance Technical Assistance: Insurance and Equity Market Scan

Co-Investigator (Principal Investigators: Joel Segel & Dennis Scanlon)
Total amount: $160,775 (15% coverage)

**Grant & Eisenhofer P.A. and Bradley Bernstein Sands LLP.** 2021-
Expert Legal Consulting.

**McCourtney Institute for Democracy**, The Pennsylvania State University. 2021
McCourtney Institute Research Grant
Principal Investigator
Total amount: $3,000

**Robert Wood Johnson Foundation**. 2020.
IRL Community Support Grant
Co-Principal Investigator
Total amount: $6,500

**Robert Wood Johnson Foundation**. 2018-2021
Interdisciplinary Research Leaders Fellowship & Grant
Co-Principal Investigator
Total amount: $350,000

**Robert Wood Johnson Foundation**. 2018.
Interdisciplinary Research Leaders Mini-Grant.
Co-Principal Investigator
Total amount: $500

**West Virginia Center for Budget and Policy**. 2018.
Medicaid Program in West Virginia. Policy Report.
Co-Principal Investigator
Total amount: $10,000

**The Milken Institute.** 2018, 2019
Policy Reports.
Principal Investigator
Total amount: $18,000.

**Harmon Parker Law**. 2017-2018
Expert Legal Consulting

**Eberly College of Arts and Sciences**. 2016, 2017, 2018
Travel Grant
Total amount: $1,500 per year

**The University of Texas at Austin Center for Politics & Governance**. 2017
Working Paper Contract
Co-Principal Investigator
Total amount: $5,000.

**The University of Texas at Austin Center for Politics & Governance**. 2017.
White Paper Contract
Co-Principal Investigator
Total amount: $5,000.

**University of Wisconsin–Madison**, Office of Diversity, Inclusion and Funding, Graduate School,
2016
Student Research Funding
Principal Investigator

Total amount: $1,200

**Charles Koch Foundation**. 2015-2016
  Dissertation Grant
  Principal Investigator
  Total amount: $5,000

**Midwest Political Science Association**. 2015
Harrell Rodgers Graduate Student Travel Scholarship.
  Total amount: $500

**University of Wisconsin-Madison**, Department of Political Science, 2014 & 2016
  Summer Initiative Funding
  Total amount: $2,000 per year

OTHER ACADEMIC AND POLICY-RELATED WRITING

Haeder, Simon F. Forthcoming. "Medicare Advantage Provider Networks May Pose Significant Access Challenges for American Seniors." *Health Affairs Blog*, XXX.

Haeder, Simon F. & Abigail Burman. 2021. "Without a Dedicated Enforcement Mechanism, New Federal Protections are Unlikely to Improve Provider Directory Accuracy." *Health Affairs Blog*, November 5.

Haeder, Simon F. 2021. "As Schools Reopen, It's Time To Increase Funding for School-Based Health Centers." *Health Affairs Blog*, August 20.

Haeder, Simon F., Steven Sylvester, and Timothy H. Callaghan. 2021. "Americans are divided on Medicaid work requirements, but it depends on recipients' circumstances." London School of Economics' *American Politics and Policy Blog*, March 2.

Haeder, Simon F., Sara Anderson, & Kelli Caseman. 2021. "School-Based Health Centers & Mental Health in West Virginia." Interdisciplinary Research Leaders Program, Robert Wood Johnson Foundation.

Haeder, Simon F. & Sara Anderson. 2021. "School-Based Health Centers in West Virginia Primer." Interdisciplinary Research Leaders Program, SHAPE West Virginia.

Haeder, Simon F. & Sara Anderson. 2021. "School-Based Health Centers and Primary Care." Interdisciplinary Research Leaders Program, SHAPE West Virginia.

Haeder, Simon F. & Sara Anderson. 2021. "School-Based Health Centers and Dental Health." Interdisciplinary Research Leaders Program, SHAPE West Virginia.

Haeder, Simon F. & Sara Anderson. 2021. "School-Based Health Centers and Behavioral Health." Interdisciplinary Research Leaders Program, SHAPE West Virginia.

Haeder, Simon F. and Susan Webb Yackee. 2020. "OIRA's Impact on Rulemaking." The Regulatory Review. November 3.

Haeder, Simon F., Steven Sylvester, and Timothy H. Callaghan. 2020. "Why Racism Matters to the Future of Medicaid." *3Streams* October 14.

Haeder, Simon F. and Susan Webb Yackee. 2020. "How (Uneven) Lobbying a Small Gatekeeper Agency Impacts Regulation." *3Streams* September 22.

Haeder, Simon F. and Susan Webb Yackee. 2020. "Regulation, Delegation, and the Affordable Care Act." *The Regulatory Review*. August 4.

Haeder, Simon F. and Susan Webb Yackee. 2020 "While Congress sits on its hands, Presidents are making policy by regulation." London School of Economics' *American Politics and Policy Blog*, July 27.

Haeder, Simon F. 2020. "The U.S. Response to the Coronavirus." *Social Sciences Press of China*. April 18.

Haeder, Simon F. 2020. "Public Hospitals and the Development of the U.S. Healthcare System." *Academic Minute*, March 31.

Haeder, Simon F. and Susan Webb Yackee. 2020. "How Long is Too Long for Legislative Delegation?" *The Regulatory Review*. March 3.

Haeder, Simon F. 2020. "Thinking the Unthinkable: Buying and Selling Human Organs." *The Milken Institute Review* 22(3): 44-52.

Haeder, Simon F. 2020. "Can the Public Option Heal the U.S. HealthCare System?" *The Milken Institute Review*. 22(2): 46-55.

Haeder, Simon F. 2019. "Life and Politics: Beyond the Affordable Care Act." *The Milken Institute Review* 21(4): 5-15.

Haeder, Simon F. 2019. "Tangled Up in Side Effects. Saving Medicaid from Work Requirements." *The Milken Institute Review* 21(2): 52-61.

Haeder, Simon F. 2019. "Proceed With Caution: Medicare Advantage and Access to High-Quality Specialists." *SAGE Journals Blog*. November 8.

Haeder, Simon F., David L. Weimer & Dana B. Mukamel. 2019. "Surprise Billing: No Surprise In View Of Network Complexity." *Health Affairs Blog*. June 5.

Haeder, Simon F. 2018. "Would State-Based Single-Payer Health Insurance Cure What Ails?" *The Milken Institute Review* 20(4): 43-53.

Haeder, Simon F. 2018. "Making Medicaid Work in West Virginia? An Assessment of the Effect of Work Requirements for Medicaid Beneficiaries in West Virginia." Rockefeller School of Policy and Politics, West Virginia University.

Haeder, Simon F. 2018. "Pre-existing Conditions in West Virginia." Policy Brief. Rockefeller School of Policy and Politics, West Virginia University.

Haeder, Simon F. and Chris Plein. 2018. "The Successes of Children's Health Insurance in West Virginia and the Challenges that Lie Ahead." *West Virginia KIDS COUNT*. Issue Brief No. 2.

Haeder, Simon F. and Susan Webb Yackee. 2018. "Despite Electoral Losses, Don't Expect the Trump Administration to Give Up on Its Objectives." *Osservatorio AIR,* November 28.

Haeder, Simon F. and Philip Rocco. 2018 "Despite Democrats' takeover of the House, don't expect Republicans to give up on undoing Obamacare." London School of Economics' *American Politics and Policy Blog*, November 13.

Haeder, Simon F. and Susan Webb Yackee. 2018. "When US presidents push for regulatory reform, liberal agency rules may be first in the firing line." London School of Economics' *American Politics and Policy Blog*, September 11.

Haeder, Simon F. and Susan Webb Yackee. 2018. "The Trump administration might be deregulating more than you know (or could know)." The Washington Post's *Monkey Cage*, August 24.

Haeder, Simon F. 2017. "Lessons from the Past on Healthcare." *Academic Minute*, WAMC Northeast Public Radio, September 25.

Haeder, Simon F. and Susan Webb Yackee. 2017. "Presidentially Directed Policy Change." The University of Texas at Austin Center for Politics & Governance *Working Paper Series*.

Haeder, Simon F. and Susan Webb Yackee. 2017. "Lobbying the US President's Office of Management and Budget." The University of Texas at Austin Center for Politics & Governance *White Paper Series*.

Haeder, Simon F. 2016. "Insurance Coverage Doesn't Guarantee Timely Access to Care." *Care for Your Mind* Blog, September 20.

Haeder, Simon F. 2015. "Obamacare: A Stepping Stone?." *healthinsurance.org* Blog, November 9.

Haeder, Simon F. and Susan Webb Yackee. 2015. "Lobbying, But Not Who You Think: Targeting the U.S. President's Office of Information and Regulatory Affairs." *Osservatorio AIR,* September 10.

Haeder, Simon F. and Susan Webb Yackee. 2015. "The Lobbying You Have Never Heard Of: Targeting the U.S. President's Office of Information and Regulatory Affairs." London School of Economics' *American Politics and Policy Blog*, September 2.

Haeder, Simon F. and Susan Webb Yackee. 2015. "Psst, wanna change the law? Lobby this little-known government office after it's passed." The Washington Post's *Monkey Cage*, July 27.

## BOOK REVIEWS

Haeder, Simon F. 2021. Review of Medical Necessity: Health Care Access and the Politics of Decision Making by Daniel Skinner (2019). Minneapolis, MN: University of Minnesota Press. Political Science Quarterly 136(2): 381-382.

Haeder, Simon F. 2015. Review of *Why Government Fails So Often: And How It Can Do Better* by Peter H. Schuck. (2014). Princeton; NJ: Princeton University Press. *American Review of Public Administration* 45(4): 496-498.

Haeder, Simon F. 2007. Review of A*nd I Haven't Had a Bad Day Since: From the Streets of Harlem to the Halls of Congress.* Charles B. Rangel with Leon Wynter. (2007). New York City; NY: Thomas Dunne Books. *American Political Science Association Legislative Studies Section Newsletter* 31(1): 3.

Haeder, Simon F. 2007. Review of *Forty Years a Legislator: Elmer Thomas*. Edited by Richard Lowitt and Carolyn G. Hanneman. (2007). Norman; OK: University of Oklahoma Press. *American Political Science Association Legislative Studies Section Newsletter* 31(1): 9.

## THE CONVERSATION

"Why letting Medicare negotiate drug prices won't be the game-changer for health care Democrats hope it will be." August 17, 2022.

"How much for an amputation or checkup? It takes a complex formula and a committee of doctors to set the price for every possible health care procedure." July 6, 2022.

"7 things President-elect Biden can achieve on health care." November 16, 2020.

"Poor US pandemic response will reverberate in health care politics for years, health scholars warn." November 3. With Sarah E. Gollust.

"If the Supreme Court strikes down the Affordable Care Act, Trump's health care order is not enough to replace it." October 6, 2020.

"If Obamacare goes away, here are eight ways your life will be affected." September 24, 2020.

"Prescription drug costs would have been a major campaign issue, so what will happen now that coronavirus is center stage?" May 20, 2020.

"Obamacare's insurance safety net protects many of the millions losing their employer-provided health insurance – but not all." May 15, 2020.

"Experts agree that Trump's coronavirus response was poor, but the US was ill-prepared in the first place." March 17, 2020.

"What the Trump budget says about the administration's health priorities?" February 21, 2020.

"Insurance companies and Big Pharma are fighting. And you're left holding the bag." January 14, 2020.

"Universal coverage, single-payer, 'Medicare for All': What does it all mean for you?" January 7, 2020.

"How undoing 'Obamacare' would harm more than the health of Americans." December 20, 2019.

"As rural Americans struggle for health care access, insurers may be making things worse." December 13, 2019.

"What's the value of your dog's life, and why it matters." December 1, 2019. With Carlson, Deven, Hank Jenkins-Smith, Joseph T. Ripberger, Carol L. Silva, David L. Weimer.

"Americans bankrupted by health care costs: 4 questions answered." November 22, 2019.

"Why thousands are getting hit with unexpected medical bills." May 30, 2019.

"The US could have ended up with a British-style health care system: Here is why it didn't." May 17, 2019.

"Medicaid work requirements: Is there a path forward that could help the poor, not harm them?" March 29, 2019.

"Boeing 737 Max: The FAA wanted a safe plane – but didn't want to hurt America's biggest exporter either." March 22, 2019. With Susan Webb Yackee.

"The struggle for coal miners' health care and pension benefits continues." March 5, 2019.

"Why the US has higher drug prices than other countries." February 7, 2019.

"Why the Texas ruling on Obamacare is on shaky legal ground." December 17, 2018. With Valarie Blake.

"Medicaid work requirements: Where do they stand after the blue wave." December 4, 2018.

"The votes have been counted, the results are (mostly) in: What's next for health care?" November 7, 2018.

"Short-term health plans: A junk solution to a real problem." August 14, 2018.

"Born in the USA: Having a baby is costly and confusing, even for a health policy expert." July 16, 2018.

"Why the extreme reaction to Obamacare could be the new normal in American politics." April 9, 2018. With Philip Rocco.

"Republicans attacking Obamacare, one more time." March 5, 2018. With Valarie Blake.

"Time to stop using 9 million children as a bargaining CHIP." January 18, 2018.

"How the tax bill opens wide a big back door to overhaul health care." December 4, 2017.

"US health care system: A patchwork that no one likes." September 21, 2017.

"Clock running out on health program for 9 million kids." September 21, 2017.

93

"How the latest effort to repeal Obamacare would affect millions." September 20." September 19, 2017.

"Why state-level single-payer health care efforts are doomed." August 16, 2017.

"Trump isn't letting Obamacare die; he's trying to kill it." July 24, 2017.

"How killing the ACA could lead to more opioid deaths in West Virginia and other Trump states." July 28, 2017.

"Why health savings accounts are a bust for the poor but a boost for the privileged." July 13, 2017.

"How bills to replace Obamacare would especially harm women." June 29, 2017.

"What happens when the federal government eliminates health coverage? Lessons from the past." June 23, 2017.

"Not just for the poor: The crucial role of Medicaid in America's health care system." June 7, 2017.

"Beyond the CBO score: How Trump Budget and the AHCA are dismantling America's safety net." May 25, 2017.

"How Trump and Tom Price can kill Obamacare without the Senate." May 23, 2017.

"How pre-existing conditions became front and center in health care vote." May 4, 2017.

"Mine wars: The struggle for coal miners' health care and pension benefits comes to a head." [Update] April 30, 2017.

"Mine wars: The struggle for coal miners' health care and pension benefits comes to a head." April 26, 2017.

"Essential health benefits suddenly at center of health care debate, but what are they?" March 24, 2017.

## OTHER SELECTED COLUMNS & PUBLICATIONS

**Pennsylvania Capital Star**

"Guided by evidence, universities should lead the way on pandemic reopenings." April 1, 2021.

"We need to get creative to protect nursing home residents during a pandemic. Here's how." May 27, 2020.

"Why it's critical we keep our eyes on Pa's kids during the COVID-19 pandemic." April 3, 2020. With Kelli Caseman

"Obamacare Lawsuit: Why Pa. needs to prepare for the worst." January 3, 2020.

"It's time for Pa. to invest in public health by fighting Hep A." August 14, 2019.

"Republicans don't have a Plan B if the Affordable Care Act is struck down. And Pa. will suffer." July 31, 2019.

"Pa. can't rely on Washington to fix surprise spikes in medical bills." July 14, 2019.

"State's takeover of Obamacare marketplace is a win for Pa., but it's only the first step." July 11, 2019.

**Register-Herald (West Virginia)**

"Keeping our eyes on kids during pandemic." April 3, 2020. With Kelli Caseman.

"There is no GOP back-up plan on healthcare." July 18, 2019.

"A lesson from Kentucky's poor response to hepatitis outbreak." March 29, 2019.

"Terrible idea: Adding more bureaucracy to Medicaid program." January 30, 2019. With Philip Rocco.

"Ours is more than an extraction state." January 30, 2019.

"Wanting a West Virginia idea." January 27, 2019.

"Proceed with great care." November 6, 2018.

"Pre-existing condition, healthcare on the ballot." October 10, 2018.

"West Virginia is first. Let's keep it that way." September 25, 2018. With Sara A. Anderson, Lisa M. Costello, Lindsay Allen and Valarie K. Blake

"Here is what a health agenda should look like." September 12, 2018.

"Where is the Health Leadership in West Virginia?" December 16, 2018.

"Protecting Social Security or Who Doesn't Love a Tax Cut." August 19, 2018.

"Time for state to restrict short-term health plans." August 1, 2018.

"Before Kavanaugh vote, a refresher. " August 1, 2018.

"Health at the heart of 3rd District." July 8, 2018.

"Many Challenges, But Hope for Foster Care in West Virginia." October 5, 2017.

**Charleston Gazette-Mail (West Virginia)**

"Work requirements are bad for everyone." March 26, 2019. With Philip Rocco.

"WVU profs: Time for better protection from diseases, anti-vaxers." January 31, 2019. With Lisa Costello, Sara A. Anderson, Lindsay Allen and Valarie K. Blake

"Proceed with great care on Medicaid work requirements." November 2, 2018 .

"Congratulations, Speaker Hanshaw. Here is what your health agenda should look like." September 23, 2018.

"Before Kavanaugh votes, senators must think of WV's wellbeing, health." July 27, 2018.

"We are done litigating the Affordable Care Act." March 8, 2018.

"Time for Congress to stop chipping away at health care." November 27, 2017.

"Health care precedents provide insight on current debate." July 15, 2017.

"Time to be honest, American Health Care Act bad for WV." May 13, 2017.

### CONFERENCE PRESENTATIONS

American Political Science Association Annual Conference
  2015, 2016, 2018, 2019, 2020, 2021
Association for Politics and the Life Sciences Annual Conference
  2015
Association for Public Policy Analysis and Management Annual Conference
  2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021

95

Midwest Political Science Association Annual Conference
    2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, 2021
Midwest Public Affairs Conference
    2015
Public Management Research Conference
    2017
West Virginia University Children's Health Summit
    2017

## POSTER PRESENTATIONS

American Political Science Association Annual Conference
    2015, 2016, 2017
Association for Public Policy Analysis and Management Annual Conference
    2014, 2015, 2017
Wisconsin Alumni Research Foundation 90 Year Celebration
    2015

## INVITED TALKS

"Expanding School Based Health Centers in Pennsylvania." Testimony in front of the Pennsylvania State Senate Democratic Policy Committee. Harrisburg, PA. April 2022.

"Pathway to Care? An Exploration of How Provider Network Regulations Affect Consumers." Jonathan and Karin Fielding School of Public Health, University of California at Los Angeles. February 2022.

"Pathway to Care? An Exploration of How Provider Network Regulations Affect Consumers." School of Public Health, Texas A&M University. February 2022.

"Pathway to Care? An Exploration of How Provider Network Regulations Affect Consumers." Mailman School of Public Health, Columbia University. February 2022.

"Handmaidens of Congress? The Regulatory Implementation of the Affordable Care Act."
Duke University School of Law. October 2021

"Rethinking Consumer Access and Provider Networks."
School of Public Health. University of California Irvine. April 2021.

"Rethinking Consumer Access and Provider Networks."
Department of Health Policy & Administration. The Pennsylvania State University. March 2021.

"Medicaid Work and Children in West Virginia." Webinar.
West Virginia Think Kids. January 2021.

"Politics, Policy, and the Pandemic." Policy and the Pandemic Webinar Series.
School of Public Policy. The Pennsylvania State University. July 2020.

"Of Politics and Dogs: Partisanship, Policy, and the Value of a Dog's Life." Paterno Fellows Lunch with Honors Students. The Pennsylvania State University. September 2020.

"Medicaid Work Requirements in West Virginia." Webinar.
West Virginia Rural Health Association. January 2019.

"The Demise of Community Responsibility Unintended Consequences of Coverage Expansions on California Public Hospitals." Program in Public Policy. The Pennsylvania State University.

"Social Security and West Virginia."

West Virginia Press Association Convention. August 2018

"Inching Toward Universal Coverage: Health Policy in Historical Perspective." Politics, Perceptions, and the Presidential Election: What's Next for Health Policy?
Health Policy Institute of Ohio. October 2016.

"Side Effects: The Unintended Consequences of Health Reform on Public Hospitals." Department of Political Science, West Virginia University.

"Post-SCOTUS: What's Next for the Affordable Care Act."
Bowhay Institute for Legislative Leadership Development. August 2015.

"Health Policy in the United States." Guest Lecture for *Law, Politics, and Society,* University of Wisconsin-Madison, April 2014.

"The Affordable Care Act."
AHANA-MAPS Pre-Health Society seminar, University of Wisconsin-Madison, April 2013.

## TEACHING EXPERIENCE

### TEXAS A&M UNIVERSITY

Advanced Health Policy (doctoral). F 2022.

Health Policy and Politics (graduate). S 2023

### THE PENNSYLVANIA STATE UNIVERSITY

The Policy Process (graduate). F 2019, 2021. S 2021

Policy & Program Evaluation (graduate). S 2020.

Policy and the Pandemic (undergraduate). S 2021.

Health Policy and Politics (undergraduate honors). F 2020.

Policy Making and Evaluation (undergraduate). S 2021

### WEST VIRGINIA UNIVERSITY

State and Local Government (undergraduate). F 2016, 2017.

Introduction to Policy Analysis (undergraduate). F 2016, 2017, SP 2017, 2018, 2019 SU 2018, 2019

Health Policy and Politics (undergraduate). SP 2017, 2018

## FELLOWSHIPS, AWARDS, AND SCHOLARSHIPS

Leonard S. Robins Award *for the best paper on health politics and policy presented at the 2018 APSA*, 2019

Emerging Poverty Scholar, American Enterprise Institute, 2019

Best Poster Award from the American Political Science Association's Public Administration Section, 2015

Leon Epstein Prize in American and British Politics, University of Wisconsin–Madison, Department of Political Science, 2015

www.healthinsurance.org Scholarship Competition Winner, 2014

Health Policy Leadership Program Scholarship, Central Valley Health Policy Institute, 2009–2010

Carl Albert Congressional Graduate Fellow, University of Oklahoma, 2007–2008

Graduate Dean's Medal, California State University, Fresno, Division of Student Affairs, 2007

Phyllis Watts Eudy Award, California State University, Fresno, 2007

Distinguished International Graduate Award, California State University, Fresno, 2007

Dan Quigley Graduate Studies Scholarship, Pi Gamma Mu Intl. Honor Society, 2006–2007

Harlan Hagen Memorial Scholarship, California State University, Fresno, 2005

International Students Scholarship, College of the Desert, 2004

Award for Excellence in Political Science, College of the Desert, 2004

Award for Outstanding Male Scholar Athlete, College of the Desert, 2004

## OTHER EXPERIENCE & TRAINING

Robert Wood Johnson Foundation. Write to Change the World Workshop. 2020.

Council Member, Gerson Lehrman Group (GLG), 2019-2021

Health Policy Leadership Program, Central Valley Health Policy Institute, 2009–2010

Project Manager, Fresno Healthy Communities Access Partners, Inc., Fresno, California, 2008–2010

Maddy Institute Costa Congressional Scholar, Congressman Dennis Cardoza, Washington, District of Columbia, Summer 2006

Fresno State *Leaders of Tomorrow* Program, California State University, Fresno, 2006

Legislative Intern, Office of Senator Dianne Feinstein, Fresno, California, Spring 2006

Legislative Intern, Office of State Senator Dean Florez, Fresno, California, 2005–2006

Special Assistant, Office of Member of the German Bundestag Josef Göppel, Berlin & Herrieden, Germany, Summer 2005

Maddy Institute Costa Congressional Scholar, Senator Barbara Boxer, Fresno, California, Spring 2005

## PROFESSIONAL SERVICE

### PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| *Health Politics and Policy Section, American Political Science Association* | Treasurer | 2021-2023 |

### EDITORIAL BOARD

| | | |
|---|---|---|
| *Health Affairs Scholar* | Associate Editor | 2022- |
| *Evidence & Policy* | Editorial Board | 2022- |
| *Journal of Health Politics, Policy, and Law* | Editorial Board | 2021- |
| *World Medical & Health Policy* | Editorial Board | 2017- |

### REVIEWER FOR ACADEMIC JOURNALS

| | |
|---|---|
| *Administration & Society* | *American Political Science Review* |
| *American Journal of Political Science* | *American Politics Research* |
| *American Journal of Preventive Medicine* | *American Review of Public Administration* |

*British Medical Journal (BMJ)*
*California Journal of Politics and Policy*
*Cancer*
*Critical Public Health*
*Evaluation & the Health Profession*
*Governing States and Localities*
*Governance*
*Health Affairs*
*Health Communication*
*Health Economics, Policy and Law*
*Health Services Review*
*Inquiry*
*Interest Groups & Advocacy*
*International Journal of Health Policy and Management*
*JAMA: Journal of the American Medical Association*
*JAMA Internal Medicine*
*Journal of Health Politics, Policy, and Law*
*Journal of Clinical Oncology*
*Journal of Health Care for the Poor and Underserved*
*Journal of Health Disparities Research and Practice*
*Journal of Policy History*
*Journal of Public Administration Research and Theory*
*Journal of Public Policy*

*Journal of Quality in Health Care*
*Journal of Rural Health*
*Journal of Women, Politics & Policy*
*Milbank Quarterly*
*Medical Care Research and Review*
*North American Actuarial Journal*
*PLOS ONE*
*Policy Sciences*
*Policy Studies Journal*
*Policy Studies Journal Yearbook*
*Politics and the Life Sciences*
*Politics, Groups, and Identities*
*Presidential Studies Quarterly*
*Public Administration*
*Public Administration Review*
*Public Health*
*Publius: The Journal of Federalism*
*Race and Social Problems*
*Regulation & Governance*
*SAGE Open*
*Social Science Quarterly*
*Social Work in Health Care*
*State and Local Government Review*
*Vaccines*
*World Journal of Emergency Medicine*
*World Medical & Health Policy*
*World Journal of Emergency Medicine*

**AWARD COMMITTEES**

| | | |
|---|---|---|
| *APSA-PA Section Best Paper Award* | Member | 2022 |
| *APSA-PA Section Simon Book Award Committee* | Member | 2020-2021 |

**AT ACADEMIC CONFERENCES**

| | |
|---|---|
| Organizer | Robert Wood Johnson Annual Leadership Institute 2020 |
| Program Chair | Association for Public Policy Analysis & Management 2021, 2022 |
| Section Chair | Midwest Political Science Association 2020 |
| Panel Chair | American Political Science Association 2020, 2022 |
| | Association for Public Policy Analysis & Management 2014, 2018 |
| | Association for Politics and the Life Sciences 2015 |
| | Midwest Political Science Association 2017, 2019, 2020 |

|  | American Political Science Association 2020 |
|---|---|
| Roundtable | American Political Science Association 2020 |
| Panelist | Midwest Public Affairs Conference 2015 |
|  | American Political Science Association 2016 |
| Discussant | Association for Public Policy Analysis and Management 2015, 2018, 2019, 2020 |
|  | Midwest Political Science Association 2015, 2019, 2022 |
|  | American Political Science Association 2022 |
| Reviewer | Association for Public Policy Analysis & Management 2021, 2022 |

### AT TEXAS A&M UNIVERSITY

| | |
|---|---|
| Master's of Health Administration (MHA) Committee | 2022- |
| Doctor of Philosophy Committee | 2022- |

### AT THE PENNSYLVANIA STATE UNIVERSITY

| | |
|---|---|
| Speaker Series Committee, School of Public Policy | 2021-2022 |
| Faculty Search Committee, School of Public Policy | 2019-2020 |
| Graduate Studies Committee, School of Public Policy | 2019-2022 |
| Faculty Affiliate Committee | 2020-2021 |
| International Committee | 2021-2022 |
| Award Committee | 2021-2022 |
| Undergraduate Studies | 2020-2022 |

### AT WEST VIRGINIA UNIVERSITY

| | |
|---|---|
| John D. Rockefeller IV School of Policy & Politics Faculty Advisory Committee | 2016-2019 |
| Romine Award Committee *for best paper written for a Political Science class* | 2017 |
| Eberly College Medical Humanities & Health Studies Workshop | 2017 |
| West Virginia University Children's Health Summit Planning Group | 2016-2017 |

### MEMBERSHIPS

American Political Science Association (APSA)

American Public Health Association (APHA)

Association for Public Policy Analysis and Management (APPAM)

UNESCO Inclusive Policy Lab

Scholar Strategy Network (SSN)

**SELECT REFERENCES**

**David L. Weimer**
Edwin E. Witte Professor of Political Economy
Department of Political Science & La Follette School of Public Affairs
University of Wisconsin–Madison
608.262.5713 or 608.263.2325
weimer@lafollette.wisc.edu

**Susan Webb Yackee**
Professor of Public Affairs and Political Science
Director, La Follette School of Public Affairs
Department of Political Science & La Follette School of Public Affairs
University of Wisconsin-Madison
608.265.6017
syackee@lafollette.wisc.edu

**Dana B. Mukamel**
Professor of Medicine, Public Health and Nursing
Department of Medicine
Division of General Internal Medicine
Director, iTEQC
University of California, Irvine
949.824.8873
dmukamel@uci.edu

**Sarah E. Gollust**
Associate Professor
Division of Health Policy and Management
School of Public Health
University of Minnesota
612.626.2618
sgollust@umn.edu