**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| ERIN ANGELO, NICHOLAS ANGELO, AND CYNTHIA WILSON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, CELTIC INSURANCE COMPANY, SUPERIOR HEALTHPLAN, INC., and CENTENE COMPANY OF TEXAS, L.P.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-00484-RP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF ANDRES C. PEREIRA IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Andres C. Pereira, declare:

1.      I am the managing partner of the Andres Pereira Law Firm, P.C. and one of the counsel in this action for Plaintiffs Erin Angelo, Nicholas Angelo, and Cynthia Wilson. I submit this declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel. The matters stated herein are true based on my own knowledge and, if called to testify thereto, I could and would competently do so.

2.      I am the attorney at Andres Pereira Law Firm principally responsible for litigating this case on behalf of the plaintiffs. I have worked diligently on this litigation for the benefit of the plaintiffs and the members of the class sought to be certified. My firm has worked closely with attorneys of Cera LLP, Watts Guerra, LLP, and Mark Ravis & Associates in representing the plaintiffs and the interests of the class.

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition testimony of Brian E. Hoyt.

4.      Attached hereto as Exhibit B is a true and correct copy of the article, Brian Hoyt, *Provider Directories: Litigation, Regulatory, and Operational Challenges,* Berkeley Research Group White Paper (March 2015) (discussing (1) lower premiums for narrower networks; and (2) how consumers can exert greater influence by joining class actions against health insurers).

5.      Attached hereto as Exhibit C is a true and correct copy of the article, Brian Hoyt, *Provider Directories: Litigation, Regulatory, and Operational Challenges,* Berkeley Research Group White Paper (Update: March 2018) (discussing (1) lower premiums for narrower networks; and (2) how consumers can exert greater influence by joining class actions against health insurers).

1

6.      Attached hereto as Exhibit D is a true and correct copy of the redacted version of the Rebuttal Expert Report of Simon F. Haeder, Ph.D. (December 30, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January 2023 at Austin, Texas.

_/s/Andres C. Pereira_
Andres C. Pereira

2