https://guide.ambetterhealth.com/providers/1770965329-dianne-e-elledge/prac-2412946-905/7557155-seton-family-of-doctors

April 14, 2023

