IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

§
§
§
§

## ORDER REGARDING AUSTIN DIVISION DOCKET

Pursuant to the Amended Order Assigning the Business of the Court on January 31, 2025

and in furtherance of the Division's continued efforts to achieve an equitable distribution of cases,

**IT IS ORDERED** that this case is **TRANSFERRED** to the Austin docket of Judge Alan

Albright. The transfer is made with the consent of Judge Albright to help facilitate a balanced

allocation of cases within the Division.

**SIGNED** on March 25, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE